# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | } | **CASE NUMBER: 09-28677-EPK** |
| | } | |
| **ALAN FRANCIOSI** | } | |
| | } | **JUDGE KIMBALL** |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**    1-Nov-09    **TO**    30-Nov-09

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  12/2/2009

Frank, White-Boyd, P.A.
Attorney for Debtor

Debtor's Address
and Phone Number:
175 Via Rosina
Jupiter, FL 33458

Tel. _____

Attorney's Address
and Phone Number:
Frank, White-Boyd, P.A.
11382 Prosperity Farms Road, #230
Palm Beach Gardens, FL 33410
Bar No. _____
Tel. 561-626-4700

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name:  Alan Franciosi
Case number:  09-28677-EPK

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within the report

|  | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month (Household) | $ 11,643.81 | $ 11,643.81 |
| CASH - Beginning of Month (Business) | NA | NA |
| Total Household Receipts | $ 15,858.84 | $ 15,858.84 |
| Total Business Receipts | NA | NA |
| Total Receipts | $ 15,858.84 | $ 15,858.84 |
| Total Household Disbursements | $ 13,583.19 | $ 13,583.19 |
| Total Business Disbursements | NA | NA |
| Total Disbursements | $ 13,583.19 | $ 13,583.19 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $ 2,275.65 | $ 2,275.65 |
| CASH - End of Month (Individual) | $ 13,919.46 | $ 13,919.46 |
| CASH - End of Month (Business) | NA | NA |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $ 13,583.19 | $ 13,583.19 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e. Salary Paid to debtor or Owners Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $ 13,583.19 | $ 13,583.19 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct
to the best of my knowledge and belief

This  30  day of  NOV  20  09

_____
Debtor's Signature

MONTHLY OPERATING REPORT-
INDIVIDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state of local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverage's in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and frequency | Delinquency Amount |
|---|---|---|---|
| Homeowners- Primary Residence - State Farm | 8/5/09-8/5/10 | $144.87 per mo | 0 |
| Car insurance - GEICO | 8/15/09-2/15/10 | $278.00 per mo | 0 |
| Condo Insurance - Citizens Ins | 6/27/09-6/27/10 | $63.40 per Qtr | 0 |
| Homeowners - Rental Home - Port Saint Lucie - ASI Assurance | 8/23/09-8/23/10 | $207.25 per Qtr | 0 |
| Boat Insurance – Atlas Insurance Co | 8/10/09-8/10/10 | $501.05 for 7 mos | 0 |

__X__ Check here if United States Trustee has been listed as a certificate Holder on all policies of insurance

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
|  |

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement:

MONTHLY OPERATING REPORT-
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Wachovia | | | |
| Account Number: | xxx8989 | | | |
| Purpose of Account (Business/Personal) | Personal | | | |
| Type of Account (e.g. checking) | Checking | | | |

| | | | | |
|---|---|---|---|---|
| 1. Balance per Bank Statement | $ 16,718.75 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | $ 3,517.62 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | $ 6,316.91 | | | |
| 4. Other Reconciling Items (attach list to this report) | $ - | | | |
| 5. Month End Balance (Must agree with Books) | $ 13,919.46 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ - |

Note: Attach a copy of the bank statement and bank reconciliation for each account

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Vanguard - Alan & Debra Franciosi - xxxx1390 | May-98 | Mutual Fund | $4,000.00 | $4,688.61 |
| ETRADE - Alan & Debra Franciosi - xxxx3595 | December-08 | Stock | $38,500.00 | $14,710.28 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment statement

November-09

## DEPOSITS OUTSTANDING

| DATE | AMOUNT |
|------|--------|
| 11/27/09 | $ 1,308.81 |
| 11/30/2009 | $ 2,208.81 |
| | $ 3,517.62 |

November-09

## CHECKS OUTSTanding

| CHECK | | AMOUNT | PAYEE |
|---|---|---|---|
| 5074 | $ | 500.00 | CLAUNDINE TORRE |
| 5084 | $ | 432.94 | NISSAN FINANCE |
| 5090 | $ | 100.00 | KRYSTINA FRANCIOSI |
| 5093 | $ | 1,804.67 | NORTHWOOD UNIVERSITY |
| 5095 | $ | 70.00 | MAXIMUM DIVE |
| 5096 | $ | 220.42 | SHELL |
| 5097 | $ | 3,128.88 | AMERICAN EXPRESS |
| ATM | $ | 60.00 | ATM WTHDRAWAL |

$ 6,316.91

# Welcome back, Alan

E-mail address: aaaaa@AOL.COM Edit
Last logon: Saturday, October 31, 2009, 2:51 PM EDT. Learn more

You have no unread messages

☆ What's new

Balances    Recent Transactions    Prices and Returns

Go to accounts and activity »

| My portfolio | Value as of 11/27/09 |
|---|---|
| A & D Franciosi | $4,688.61 |
| Total Vanguard assets | $4,688.61 |
| Outside investments | $0.00 |
| Total assets | $4,688.61 |

## My topics of interest

1 of 4

**5 things you should know about Roth IRA conversions**
Here are some important points to keep in mind about converting your traditional IRA to a Roth IRA.
Read this article »

Rated: ☆ ☆ ☆ ☆    by 30 users

More news »        1  2  3  4

## Asset mix

Go to portfolio analysis »

Current                    Example



*This example is for people in your age group. Customize for your circumstances.

### All accounts

| | Current | Example | Difference |
|---|---|---|---|
| Stocks | 100.0% | 78.0% | 22.0% |
| Bonds | 0.0% | 22.0% | −22.0% |
| Short-term reserves | 0.0% | 0.0% | 0.0% |
| Other | 0.0% | 0.0% | 0.0% |

*The illustration and tools on this page are educational only, and do not take into consideration your personal circumstances or other factors that may be important in making investment decisions.

Asset Mix

Balance Trend

Investment Return

© 1995–2009  The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | [+] Feedback | Enhanced Support

# E★TRADE
## FINANCIAL

| | | ✳ Open An Account | ○ Online Service Center |

Quotes
Enter Symbol or Name  US  ·  GO

Search
Enter Question or Keywords  GO   LOG OFF

| Accounts | Trading & Portfolios | Quotes & Research | Investing Products | Retirement & Guidance |

Banking

Complete View | My Info | Subscriptions | Move Money | Transfer Account | Bill Pay | Account Records | Forms & Applications | Products

November 29, 2009 2:38 PM ET

## Complete View: By Accounts ( Customer )

Your last log on was
October 31, 2009 2:49 PM ET

By Accounts   By Allocation   Cash Optimizer   NEW Online Advisor

**Net Assets**

$14,710.28

Complete
3695
(Add account nickname)

Quick Links:

Net Account Value      $14,710.28
Available for Withdrawal      $0.00
Cash Purchasing Power      $0.00

**Alerts**                        Set Alerts

Create your Personalized
SmartAlerts here.

THE PAIN-FREE IRA
No fees. No
minimums. No
hassle. Get up to
$500 when you roll
over

Need Help? Visit our Online Service Center »

Quotes      🔍 Symbol lookup

Enter symbol(s)   QUOTE
Quick Quote                        ▼

## INVESTING AT E★TRADE 101
HOW TO CHOOSE INVESTMENTS, PLACE TRADES & MORE.

WATCH NOW ►
FREE WEB SEMINAR

| | | |
|---|---|---|
| DJIA | 10399.92 | -154.48 |
| Nasdaq | 2138.44 | -37.61 |
| S&P 500 | 1091.49 | -19.14 |

11/27/09 - 2:30:00PM ET
More Market Info

*QUICK TRANSFER*

? Help with Transfers

From:  ---------- Select From Account ----------

To:

Amount $:                    Date:  11/29/09

Frequency:  One Time                    TRANSFER

View Funds Availability

**Manage External Accounts**
Transfer money to and from
accounts at other institutions.
■ Add External Accounts
■ Verify External Accounts
■ Pending Transfers
■ Transfer History

Portfolio

6251-3695 Brokerage

15-Minute Delayed Quotes

| Symbol | Last | Change |
|---|---|---|
| AIG | 33.30 | -1.33 |

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available;
(2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their control.

      

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

### PLEASE READ THE IMPORTANT DISCLOSURES BELOW

†The standard insurance amount of $250,000 per depositor is in effect through December 31, 2013. On January 1, 2014, the standard insurance amount will return to
$100,000 per depositor for all account categories except IRAs and other certain retirement accounts, which will remain at $250,000 per depositor.

E*TRADE Bank has chosen not to participate in the FDIC's Transaction Account Guarantee Program. Customers of E*TRADE Bank with noninterest-bearing transaction
accounts will continue to be insured for up to $250,000 under the FDIC's general deposit insurance rules. The Transaction Account Guarantee Program is a program
separate from the FDIC's general deposit insurance coverage.

†Some of this information was provided to E*TRADE Securities LLC ("E*TRADE") by your company. E*TRADE does not guarantee the accuracy or completeness of the
information provided by your company. The values for certain Stock Plan assets displayed here do not represent assets held in your brokerage account and are not
protected by the Securities Investor Protection Corporation ("SIPC"). For more information about which assets are held in your Stock Plan account and are protected by
SIPC, click here.

All Stock Plan assets and grants are subject to the terms of the plan and the grant documents. A change in your employment status may result in forfeiture of assets and
may affect vesting periods and expiration dates. Values shown are for illustration purposes only and do not reflect deductions for applicable taxes, commissions and
fees. Because there is no market for unrealized or unvested assets, these are hypothetical values based on the market price of unrestricted shares, and the value that
you realize, if any, may be higher or lower. Your E*TRADE Securities LLC account statement is the only official record of your account.

[+]
Feedback



## Crown Banking

**WACHOVIA**   01   989   036   30   0   12

Electronic Delivery

ALAN R FRANCIOSI DEBTOR IN POSSESSION
CASE # 09-28677-EPK         PB
175 VIA ROSINA
JUPITER FL 33458

---

## Crown Banking

10/21/2009 thru 11/18/2009

Account number:          989
Account owner(s):         ALAN R FRANCIOSI DEBTOR IN POSSESSION
                          CASE # 09-28677-EPK

### Account Summary

| | |
|---|---|
| Opening balance 10/21 | $22,268.31 |
| Deposits and other credits | 24,958.49 + |
| Interest paid | 0.35 + |
| Checks | 3,393.93 - |
| Other withdrawals and service fees | 27,114.47 - |
| **Closing balance 11/18** | **$16,718.75** |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 10/26 | 1,308.81 | DEPOSIT |
| 10/27 | 10,000.00 | AUTOMATED CREDIT WELLS FARGO ADVI PMT REFUND CO. ID. 9500000001 091027 PPD |
| 11/02 | 1,308.81 | DEPOSIT |
| 11/03 | 1,050.00 | DEPOSIT |
| 11/09 | 1,308.81 | DEPOSIT |
| 11/16 | 9,982.06 | DEPOSIT |
| 11/18 | 0.35 | INTEREST FROM 10/21/2009 THROUGH 11/18/2009 |
| **Total** | **$24,958.84** | |

*Handwritten note:* Refund for STOP PAY on CK 5060 To Fund IRA Per court motion Check did NOT Arrive in time To Avoid PenalTy – CK stopped Money Credited Back To Account And Bank Check issued To Replace original CHeck WRITTEN ATTACHED IS copy of BANk cHeck.

### Interest

| | |
|---|---|
| Number of days this statement period | 29 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $0.35 |
| Interest paid this statement period | $0.35 |
| Interest paid this year | $0.71 |

---

WACHOVIA BANK, N.A. , PGA BOULEVARD



## Crown Banking

**WACHOVIA**   02   [redacted]989   036   30   0   12

---

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 5051 | 70.00 | 10/23 | 5072 | 85.00 | 11/03 | 5088* | 59.82 | 11/04 |
| 5063* | 574.78 | 11/06 | 5073 | 25.00 | 11/10 | 5089 | 100.00 | 11/16 |
| 5064 | 100.00 | 11/03 | 5076* | 487.01 | 11/13 | 5091* | 44.84 | 11/05 |
| 5069* | 673.97 | 11/03 | 5081* | 501.05 | 11/09 | 5092 | 199.46 | 11/06 |
| 5070 | 189.00 | 11/03 | 5082 | 100.00 | 11/04 | 5094* | 32.00 | 11/18 |
| 5071 | 97.00 | 11/03 | 5085* | 55.00 | 11/10 | **Total** | **$3,393.93** | |

*\* Indicates a break in check number sequence*

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 10/22 | *5061* 325.00 | AUTOMATED DEBIT  U.S. TRUSTEE     ONLINE PMT<br>CO. ID. 9500000000 091022 WEB<br>MISC CKF412847814POS |
| 10/22 | *5060* 10,000.00 | AUTOMATED DEBIT  WELLS FARGO ADVI ONLINE PMT  *STOP PAYMENT ON CHECK*<br>CO. ID. 9500000000 091022 WEB<br>MISC CKF412847814POS |
| 10/23 | 10,000.00 | DEBIT MEMO  *Fund IRA per Court motion* |
| 10/29 | *5062* 2,847.12 | AUTOMATED DEBIT  AMERICAN EXPRESS ONLINE PMT<br>CO. ID. 9500000000 091029 WEB<br>MISC CKF412847814POS |
| 11/02 | *5067* 30.00 | AUTOMATED DEBIT  BACHOMELOANSVCLP ONLINE PMT<br>CO. ID. 9500000000 091102 WEB<br>MISC CKF412847814POS |
| 11/02 | *5065* 53.43 | AUTOMATED DEBIT  AT&T     ONLINE PMT<br>CO. ID. 9500000000 091102 WEB<br>MISC CKF412847814POS |
| 11/02 | *5075* 130.59 | AUTOMATED DEBIT  COMCAST     ONLINE PMT<br>CO. ID. 9500000000 091102 WEB<br>MISC CKF412847814POS |
| 11/02 | *5066* 154.63 | AUTOMATED DEBIT  AT&T MOBILITY  ONLINE PMT<br>CO. ID. 9500000000 091102 WEB<br>MISC CKF412847814POS |
| 11/02 | *5077* 550.11 | AUTOMATED DEBIT  EXXON     ONLINE PMT<br>CO. ID. 9500000000 091102 WEB<br>MISC CKF412847814POS |
| 11/02 | *5068* 1,098.89 | AUTOMATED DEBIT  BACHOMELOANSVCLP ONLINE PMT<br>CO. ID. 9500000000 091102 WEB<br>MISC CKF412847814POS |
| 11/03 | *5083* 689.47 | AUTOMATED DEBIT  MERCEDES BENZ  ONLINE PMT<br>CO. ID. 9500000000 091103 WEB<br>MISC CKF412847814POS |
| 11/06 | *5086* 144.87 | AUTOMATED DEBIT  STATE FARM INS  ONLINE PMT<br>CO. ID. 9500000000 091106 WEB<br>MISC CKF412847814POS |

*Other Withdrawals and Service Fees continued on next page.*

---



# Crown Banking

WACHOVIA    03    ···8989    036    30    0    12

---

## Other Withdrawals and Service Fees    *continued*

| Date | | Amount | Description | |
|------|--|--------|-------------|--|
| 11/09 | 5077 | 47.17 | AUTOMATED DEBIT  FP&L<br>CO. ID. 9500000000 091109 WEB<br>MISC CKF412847814POS | ONLINE PMT |
| 11/09 | 5078 | 358.43 | AUTOMATED DEBIT  FP&L<br>CO. ID. 9500000000 091109 WEB<br>MISC CKF412847814POS | ONLINE PMT |
| 11/13 | 5080 | 287.08 | AUTOMATED DEBIT  GEICO<br>CO. ID. 9500000000 091113 WEB<br>MISC CKF412847814POS | ONLINE PMT |
| 11/13 | 5087 | 397.68 | AUTOMATED DEBIT  SUNTRUST BK LOAN ONLINE PMT<br>CO. ID. 9500000000 091113 WEB<br>MISC CKF412847814POS | |

| Total | $27,114.47 |
|-------|------------|

Effective February 12, 2010 any new Overdraft Protection sources put in place will be structured so that accounts serving as Overdraft Protection sources are limited to providing coverage to only one Checking account.

If you currently have multiple checking accounts covered by one Overdraft Protection source (for instance, one credit, savings or checking account providing protection to two checking accounts), Wachovia will update these relationships on April 3, 2010 to comply with the above standard.  The checking account with the lowest account number will keep the Overdraft Protection.

If you currently have more than one checking account that is protected by one or more Overdraft Protection sources and you believe this change will leave one or more accounts without overdraft protection, please visit your financial center, or call 800-WACHOVIA to make alternative arrangements at your earliest convenience if you wish to ensure uninterrupted overdraft protection.

---



581439 (100/pkg Rev 01)

WACHOVIA
HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

WACHOVIA
OFFICIAL CHECK

581439 (100/pkg Rev 01)

WACHOVIA

Pay To The
Order Of        ALAN  R  FRANCIOSI

*TEN THOUSAND DOLLARS AND 00 CENTS

Wachovia Bank, National Association

Remitter        DEBTOR IN POSSESSION #0928677EPK

Authorized Signature

10/23/2009        1601528647

$        $10,000.00

64-7002
2011

Dollars

⑈"160152864 7"⑈  ⑈:2611700 25⑈:50 79400000918"⑈

---

WACHOVIA

Pay To The
Order Of

Wachovia Bank, National Association

Remitter

0000593

WACHOVIA OFFICIAL CHECK

64-7002
2011

1601528647

$

Dollars

NON NEGOTIABLE
Retain this copy. Serial No. required for any future inquiry.
CUSTOMER COPY

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | WACHOVIA |
|---|---|
| Account Number | XXXXXXXXXXXXX8989 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g. Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 5063 | 11/2/2009 | SARATOGA APTS | RENT MELBOURNE APT | $ 574.78 |
| 5064 | 11/3/2009 | ASHLEY FRANCIOSI | ALLOWNACE | $ 100.00 |
| 5065 | 11/2/2009 | AT&T | HOME PHONE BILL | $ 53.43 |
| 5066 | 11/2/2009 | AT&T | KRYSTINA CELL | $ 154.63 |
| 5067 | 11/2/2009 | BANK OF AMERICA | EQUITY LOAN PORT SAINT LUCIE | $ 30.00 |
| 5068 | 11/2/2009 | BANK OF AMERICA | MORTGAGE PORT ST LUCIE | $ 1,098.89 |
| 5069 | 1/3/2009 | CENTRAL MORTGAGE | MORTGAGE CHASEWOOD CONDO | $ 673.97 |
| 5070 | 11/3/2009 | CIGNA | HEALTH INS DEBBIE | $ 189.00 |
| 5071 | 11/3/2009 | CIGNA | HEALTH INS KRYSTINA | $ 97.00 |
| 5072 | 11/3/2009 | CIGNA | HEALTH INS ASHLEY | $ 85.00 |
| 5073 | 11/3/2009 | CIGNA TELE DRUG | PERSCRIPTION ASHLEY | $ 25.00 |
| 5074 | 11/20/2009 | CLAUDINE TORRE | SLIP RENTAL FOR BOAT | $ 500.00 |
| 5075 | 11/2/2009 | COMCAST | CABLE VIA ROSINA | $ 130.59 |
| 5076 | 11/16/2009 | CRAWFORD ADVISORS | COBRA INS ALAN | $ 487.01 |
| 5077 | 11/2/2009 | EXXON | FUEL FOR CARS | $ 550.11 |
| 5078 | 11/9/2009 | FPL | ELECTRIC VIA ROSINA | $ 358.43 |
| 5079 | 11/9/2009 | FPL | ELECTRICE MELBOURNE APT | $ 47.17 |
| 5080 | 11/13/2009 | GEICO | CAR INS | $ 287.08 |
| 5081 | 11/6/2009 | IMPERIAL INS | BOAT INS | $ 501.05 |
| 5082 | 11/3/2009 | KRYSTINA FRANCIOSI | ALLOWNACE | $ 100.00 |
| 5083 | 11/3/2009 | MERCEDES BENZ | CAR PAYMENT DEBBIE CAR | $ 689.47 |
| 5084 | 11/19/2009 | NISSAN MOTORS | CAR PAYMENT ALAN CAR | $ 432.94 |
| 5085 | 11/10/2009 | SHAUNS BECKS | LAWN CARE VIS ROSINA | $ 55.00 |
| 5086 | 11/6/2009 | STATE FARM | HOME OWNERS INS | $ 144.87 |
| 5087 | 11/13/2009 | SUNTRUST | CAR PAYMENT KRYSTINA CAR | $ 397.68 |
| | | | **TOTAL** | CONTINUED |

If any checks written this period have not been delivered to the payee, provide details including
the payee, amount, explanation for holding check and anticipated delivery date of check

| Name of Bank | WACHOVIA |
|---|---|
| Account Number | XXXXXXXXXXXXX8989 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g. Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 5088 | 11/3/2009 | TOWN OF JUPITER | WATER BILL | $ 59.82 |
| 5089 | 11/16/2009 | ASHLEY FRANCIOSI | ALLOWANCE | $ 100.00 |
| 5090 | 11/16/2009 | KRYSTINA FRANCIOSI | ALLOWANCE | $ 100.00 |
| 5091 | 11/5/2009 | AMERICAN BANKERS | RENTERS INS MELBOURNE | $ 44.84 |
| 5092 | 11/5/2009 | ASI | HOMEOWNERS INS PORT ST LUCIE | $ 199.46 |
| 5093 | 11/13/2009 | NORTHWOOD UNIVERSITY | TUITION ASHLEY | $ 1,804.57 |
| 5094 | 11/17/2009 | MARK MINTUS | PEST CONTROL VIS ROSINA | $ 32.00 |
| 5095 | 11/17/2009 | MAXIMUM DIVE SVS | BOTTOM CLEAN BOAT | $ 70.00 |
| 5096 | 11/25/2009 | SHELL | FUEL FOR CARS | $ 220.42 |
| 5097 | 11/30/2009 | AMERICAN EXPRESS | FOOD,HOME SUPPLIES, MAINT, ETC | $ 3,128.88 |
| | | | | |
| ATM | 11/20/2009 | CASH ATM | POCKET MONEY FOR ALAN | $ 60.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 13,583.19 |

If any checks written this period have not been delivered to the payee, provide details including
the payee, amount, explanation for holding check and anticipated delivery date of check

## Register Report - Nov 2009:2
### 11/1/2009 through 11/30/2009

11/29/2009                                                                                            Page 1

| Date | Num | Description | Category | Amount |
|---|---|---|---|---|
| **BALANCE 10/31/2009** | | | | **11,643.81** |
| 11/2/2009 | 5063 | Saratoga | Rent Melbourne Apt | -574.78 |
| 11/3/2009 | 5064 | Ashley Franciosi | ALLOWANCE - ASHLEY FRANCIOSI | -100.00 |
| 11/2/2009 | 5065 | AT&T Bill BellSouth | Utilities:Telephone | -53.43 |
| 11/2/2009 | 5066 | AT&T Mobility | Utilities:Telephone | -154.63 |
| 11/2/2009 | 5067 | BAC Home Loans Servicing, LP | Household | -30.00 |
| 11/2/2009 | 5068 | BAC Home Loans Servicing, LP{163927717} | Household | -1,098.89 |
| 11/3/2009 | 5069 | CENTRAL MORTGAGE COMPANY{96063098... | Mortgage Int | -673.97 |
| 11/3/2009 | 5070 | Cigna | Insurance | -189.00 |
| 11/3/2009 | 5071 | Cigna{9842H5} | Insurance | -97.00 |
| 11/3/2009 | 5072 | Cigna{9769H3} | Insurance | -85.00 |
| 11/3/2009 | 5073 | Cigna Tel-Drug Home Delivery | Insurance | -25.00 |
| 11/20/2009 | 5074 | CLAUDINE TORRE{Payment} | Boat Slip Rental | -500.00 |
| 11/2/2009 | 5075 | Comcast Cable Communications | Utilities:Cable TV | -130.59 |
| 11/16/2009 | 5076 | Crawford Advisors LLC. | Cobra Payment Alan's Medical | -487.01 |
| 11/2/2009 | 5077 | ExxonMobil Consumer Credit Card{7302500004} | Auto:Fuel | -550.11 |
| 11/9/2009 | 5078 | Florida Power and Light | ELECTRIC VIA ROSINA HOUSE | -358.43 |
| 11/9/2009 | 5079 | Florida Power and Light{3428175040} | Utilities:Gas & Electric | -47.17 |
| 11/13/2009 | 5080 | Geico Direct | CAR INSURANCE | -287.08 |
| 11/6/2009 | 5081 | Imperial Premium Finance Inc | BOAT INSURANCE | -501.05 |
| 11/3/2009 | 5082 | Krystina Franciosi | ALLOWANCE - KRYSTINA FRANCI... | -100.00 |
| 11/3/2009 | 5083 | Mercedes-Benz Financial{7002927223} | | -689.47 |
| 11/19/2009 | 5084 | Nissan Motor Acceptance Corp | Car Payment Alan's Car | -432.94 |
| 11/10/2009 | 5085 | SHAUN BECKS LAWN & LANDSCAPE{Paym... | MAINT VIA ROSINA LAWN CARE | -55.00 |
| 11/6/2009 | 5086 | State Farm Insurance{1018232719} | HOMEOWNERS INSURANCE VIA ... | -144.87 |
| 11/13/2009 | 5087 | SUNTRUST | CAR PAYMENT BMW KRYSTINA C... | -397.68 |
| 11/3/2009 | 5088 | TOWN OF JUPITER | | -59.82 |
| 11/16/2009 | 5089 | Ashley Franciosi | ALLOWANCE - ASHLEY FRANCIOSI | -100.00 |
| 11/16/2009 | 5090 | Krystina Franciosi | ALLOWANCE - KRYSTINA FRANCI... | -100.00 |
| 11/5/2009 | 5091 | American Bankers Insurance Comp | Insurance | -44.84 |
| 11/5/2009 | 5092 | ASI ASSURANCE CORP | Household | -199.46 |
| 11/13/2009 | 5093 | Northwood University | Education | -1,804.67 |
| 11/17/2009 | 5094 | Mark Mintus | | -32.00 |
| 11/17/2009 | 5095 | Maximum Diving Services Inc | | -70.00 |
| 11/25/2009 | 5096 | Shell Credit Card{187-156-31} | Auto:Fuel | -220.42 |
| 11/30/2009 | 5097 | American Express{3715770547} | Misc | -3,128.88 |
| 11/3/2009 | | Deposit | | 1,050.00 |
| 11/16/2009 | | Deposit | | 9,982.06 |
| 11/20/2009 | ATM | Withdrawal   Harbor City Branch | | -60.00 |
| 11/9/2009 | DEP | Deposit From Paycheck | | 1,308.81 |
| 11/23/2009 | DEP | DEPOSIT FRom Paycheck | | 1,308.81 |
| 11/30/2009 | DEP | DEPOSIT FROM PAYCHECK AND RENT FR... | | 2,208.81 |
| 11/18/2009 | INT | Bank | Interest Inc | 0.35 |
| **11/1/2009 - 11/30/2009** | | | | **2,275.65** |
| **BALANCE 11/30/2009** | | | | **13,919.46** |
| | | | **TOTAL INFLOWS** | **15,858.84** |
| | | | **TOTAL OUTFLOWS** | **-13,583.19** |

## Register Report - Nov 2009:2

11/1/2009 through 11/30/2009

| Date | Num | Description | Category | Amount |
|------|-----|-------------|----------|--------|
|      |     |             | **NET TOTAL** | **2,275.65** |

### SCHEDULE OF HOUSEHOLD
### CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month October | | Cumulative Total | |
|---|---|---|---|---|
| | | | | |
| **CASH - Beginning of Month** | | | $ | 11,643.81 |
| | $ | 11,643.81 | | |
| **CASH RECEIPTS** | | | | |
| Salary or Cash from Business | $ | 13,908.49 | $ | 25,552.30 |
| Wages from Other Sources (attach list to this report) | $ | 1,950.00 | $ | 27,502.30 |
| Interest or Dividend Income | $ | 0.35 | $ | 27,502.65 |
| Alimony or Child Support | | | | |
| Social Security/Pension/Retirement | | | | |
| Sale of Household Assets (attach list to this report) | | | | |
| Loans/Borrowing from Outside Sources (attach list) | | | | |
| Other (specify)(attach list to this report) | | | | |
| | | | | |
| **TOTAL RECEIPTS** | $ | 15,858.84 | $ | 27,502.65 |
| | | | | |
| **CASH DISBURSEMENTS** | | | | |
| Alimony or Child Support Payments | | | | |
| Charitable Contributuions | | | | |
| Gifts | | | | |
| Household Expenses/Food/Clothing | $ | 652.05 | $ | 652.05 |
| Household Repairs & Maintenance | $ | 645.22 | $ | 1,297.27 |
| Insurance | $ | 1,224.88 | $ | 2,522.15 |
| IRA Contribution | $ | - | $ | 2,522.15 |
| Lease/Rent Payments | $ | 1,074.78 | $ | 3,596.93 |
| Medical/Dental Payments | $ | 985.05 | $ | 4,581.98 |
| Mortgage Payment(s) | $ | 1,802.86 | $ | 6,384.84 |
| Other Secured Payments | $ | - | $ | 6,384.84 |
| Taxes - Personal Property | $ | - | | |
| Taxes - Real Estate | $ | - | | |
| Taxes - Other (attach schedule) | $ | - | | |
| Travel & Entertainment | $ | 492.18 | $ | 6,877.02 |
| Tuition/Education | $ | 1,804.67 | $ | 8,681.69 |
| Utilities (Electric,Gas,Water,Cable,Sanitation) | $ | 1,131.54 | $ | 9,813.23 |
| Vehicle Expenses | $ | 1,342.03 | $ | 11,155.26 |
| Vehicle Secured Payment(s) | $ | 1,520.09 | $ | 12,675.35 |
| U.S. Trustee Quarterly Fees | $ | - | $ | 12,675.35 |
| Professional Fees (Legal,Accounting) | | | | |
| Other (attach schedule) | $ | 907.84 | $ | 13,583.19 |
| | | | | |
| | | | | |
| **Total Household Disbursements** | $ | 13,583.19 | $ | 13,583.19 |
| | | | | |
| **CASH - End of Month (Must equal reconciled bank statement-Attachment No 2)** | $ | 13,919.46 | $ | 13,919.46 |

SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

**November-09**

CATEGORY | SALARY |

| Check<br>DATE | | AMOUNT | INDIVIDUAL | PURPOSE | EXHIBIT |
|---|---|---|---|---|---|
| 11/3/2009 | $ | 1,308.81 | ALAN | PAYCHECK | 1 |
| 11/10/2009 | $ | 1,308.81 | ALAN | PAYCHECK | 2 |
| 11/13/2009 | $ | 7,749.75 | ALAN | PAYCHECK | 3 |
| 11/13/2009 | $ | 923.50 | ALAN | PAYCHECK | 4 |
| 11/20/2009 | $ | 1,308.81 | ALAN | PAYCHECK | 5 |
| 11/27/2009 | $ | 1,308.81 | ALAN | PAYCHECK | 6 |

$ 13,908.49

**NISSAN OF MELBOURNE**
440 S. HARBOR CITY BLVD.
MELBOURNE, FL 32901
(321) 723-2941

ALAN FRANCIOSI

| | DIVISION | DEPARTMENT | | | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|---|---|
| | 1 | 21A | | | 10/28/09 | 11/03/09 | 11/06/09 |

160082     17984

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| SALARY | 44.00 | | 1,500.00 | 27,000.00 | FEDERAL M-9 | 76.44 | 3,099.92 |
| MONTHLY COMM | | | 0.00 | 35,133.00 | OASDI | 93.00 | 4,472.25 |
| DIR BONUS | | | 0.00 | 10,000.00 | MEDICARE | 21.75 | 1,045.93 |
| TOTAL PAY | 44.00 | | 1,500.00 | 72,133.00 | EMPLOYEE CHG | 0.00 | -0.50 |
| | | | | | SHIRTS | 0.00 | 339.01 |

NET PAY                1,308.81        63,176.39

LEARN FROM YESTERDAY, LIVE FOR TODAY, AND HOPE FOR TOMORROW.

| NISSAN OF MELBOURNE | | | | | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|---|---|---|---|
| 440 S. HARBOR CITY BLVD.<br>MELBOURNE, FL 32901<br>(321) 723-2941 | ALAN FRANCIOSI | | | | | 160082 | 18033 |
| | DIVISION | DEPARTMENT | | | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
| | 1 | 21A | | | 11/04/09 | 11/10/09 | 11/13/09 |
| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
| SALARY | 44.00 | | 1,500.00 | 28,500.00 | FEDERAL M-9 | 76.44 | 3,176.36 |
| MONTHLY COMM | | | 0.00 | 35,133.00 | OASDI | 93.00 | 4,565.25 |
| DIR BONUS | | | 0.00 | 10,000.00 | MEDICARE | 21.75 | 1,067.68 |
| TOTAL PAY | 44.00 | | 1,500.00 | 73,633.00 | EMPLOYEE CHG | 0.00 | -0.50 |
| | | | | | SHIRTS | 0.00 | 339.01 |

NET PAY          1,308.81          64,485.20

Exhibit (2)

SF-06003 (0/99)

| NISSAN OF MELBOURNE | EMPLOYEE NAME | | | | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|---|---|---|---|
| 440 S. HARBOR CITY BLVD.<br>MELBOURNE, FL 32901<br>(321) 723-2941 | ALAN FRANCIOSI | | | | | 160082 | 18084 |
| | DIVISION | DEPARTMENT | | | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
| | 1 | 21A | | | 10/01/09 | 10/31/09 | 11/13/09 |
| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| DIR BONUS | | | 8,500.00 | 18,500.00 | FEDERAL M-9 | 100.00 | 3,276.36 |
| SALARY | | | 0.00 | 28,500.00 | OASDI | 527.00 | 5,154.25 |
| MONTHLY COMM | | | 0.00 | 36,133.00 | MEDICARE | 123.25 | 1,205.43 |
| TOTAL PAY | 0.00 | | 8,500.00 | 83,133.00 | EMPLOYEE CHG | 0.00 | -0.50 |
| | | | | | SHIRTS | 0.00 | 339.01 |

NET PAY          7,749.75          73,158.45

EXHIST

(3)

| NISSAN OF MELBOURNE | EMPLOYEE NAME | | | | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|---|---|---|---|
| 440 S. HARBOR CITY BLVD.<br>MELBOURNE, FL 32901<br>(321) 723-2941 | ALAN FRANCIOSI | | | | | 160082 | 18083 |
| | DIVISION | DEPARTMENT | | | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
| | 1 | 21A | | | 10/01/09 | 10/31/09 | 11/13/09 |
| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| MONTHLY COMM | | | 1,000.00 | 36,133.00 | FEDERAL M-9 | 0.00 | 3,176.36 |
| SALARY | | | 0.00 | 28,500.00 | OASDI | 62.00 | 4,627.25 |
| DIR BONUS | | | 0.00 | 10,000.00 | MEDICARE | 14.50 | 1,082.18 |
| TOTAL PAY | 0.00 | | 1,000.00 | 74,633.00 | EMPLOYEE CHG | 0.00 | -0.50 |
| | | | | | SHIRTS | 0.00 | 339.01 |

NET PAY                      923.50        65,408.70

*Exhibit (4)*

**NISSAN OF MELBOURNE**
440 S. HARBOR CITY BLVD.
MELBOURNE, FL 32901
(321) 723-2941

ALAN FRANCIOSI

| | | | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|---|---|
| | | | | 160082 | 18101 |
| DIVISION | DEPARTMENT | | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
| 1 | 21A | | 11/11/09 | 11/17/09 | 11/20/09 |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| SALARY | 44.00 | | 1,500.00 | 30,000.00 | FEDERAL M-9 | 76.44 | 3,352.80 |
| MONTHLY COMM | | | 0.00 | 36,133.00 | OASDI | 93.00 | 5,247.25 |
| DIR BONUS | | | 0.00 | 18,500.00 | MEDICARE | 21.75 | 1,227.18 |
| TOTAL PAY | 44.00 | | 1,500.00 | 84,633.00 | EMPLOYEE CHG | 0.00 | -0.50 |
| | | | | | SHIRTS | 0.00 | 339.01 |

NET PAY          1,308.81          74,467.26

BE YOU...EVEN WHEN YOU DON'T FEEL LIKE IT!!!!!!

EXHIBIT J

| NISSAN OF MELBOURNE | EMPLOYEE NAME | | | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|---|---|---|
| 440 S. HARBOR CITY BLVD. | ALAN FRANCIOSI | | | | 160082 | 18152 |
| MELBOURNE, FL 32901 (321) 723-2941 | DIVISION | DEPARTMENT | | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
| | 1 | 21A | | 11/18/09 | 11/24/09 | 11/27/09 |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| SALARY | 44.00 | | 1,500.00 | 31,500.00 | FEDERAL M-9 | 76.44 | 3,429.24 |
| MONTHLY COMM | | | 0.00 | 36,133.00 | OASDI | 93.00 | 5,340.25 |
| DIR BONUS | | | 0.00 | 18,500.00 | MEDICARE | 21.75 | 1,248.93 |
| TOTAL PAY | 44.00 | | 1,500.00 | 86,133.00 | EMPLOYEE CHG | 0.00 | -0.50 |
| | | | | | SHIRTS | 0.00 | 339.01 |

NET PAY                    1,308.81       75,776.07

HAVE A GREAT TURKEY DAY!!!!!!!

### SCHEDULE OF HOUSEHOLD
### CASH RECEIPTS AND CASH DISBURSEMENTS

November-09

CATEGORY          | OTHER INCOME |

| Check DATE | AMOUNT | INDIVIDUAL | PURPOSE | EXHIBIT |
|---|---|---|---|---|
| 11/1/2009 | $ 1,050.00 | NICOLE DIAZ | RENT FOR PORT SAINT LUCIE | 1 |
| 11/1/2009 | $ 900.00 | AL ESTER | RENT FRO CHASEWOOD APT | 2 |

$ 1,950.00

NICOLE S. DIAZ
1781 SE BIDDLE LN.
PORT SAINT LUCIE, FL  34983-3703

63-8413/2670
0940223712

1120

Date: 4 / 1 /09

Pay to the
order of:  Debra Figueroa                          $ 1050.—

One—thousand Fifty                      00/100   Dollars

WaMu   Washington Mutual Bank
Jensen Beach/Mall Financial Center 1685
2978 NW. Federal Highway      800-788-7000
Jensen Beach, FL 34957        24 hour Customer Service

Notes: Nov. Rent

⑆267084131⑆        1120

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

**WESTERN UNION** | **MONEY ORDER**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado    *Englewood, Colorado*

14-009118846

$

PAY EXACTLY
PAY TO THE
ORDER OF    Allen Franciosi

PURCHASER'S ADDRESS

PAYMENT FOR/ACCT. #

M. Offe
PURCHASER'S SIGNATURE

⑈102100400⑈ 4014009118846 8⑈

---

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

**WESTERN UNION** | **MONEY ORDER**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado    *Englewood, Colorado*

14-009118845

$

PAY EXACTLY
PAY TO THE
ORDER OF    Allen Franciosi

PURCHASER'S ADDRESS

PAYMENT FOR/ACCT. #

M. Offe
PURCHASER'S SIGNATURE

⑈102100400⑈ 4014009118845 0⑈



SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

November-09

CATEGORY          HOUSEHOLD EXPENSES,FOOD,CLOTHING

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|------|--------|-------|---------|----------|---------|
| 10/27/2009 | $ 38.33 | STAPLES | OFFICE SUPPLIES | AMERICAN EXPRESS | 1 |
| 10/31/2009 | $ 11.95 | JUPITER HOME CLEANERS | LAUNDRY | AMERICAN EXPRESS | 2 |
| 11/11/2009 | $ 5.97 | JUPITER HOME CLEANERS | LAUNDRY | AMERICAN EXPRESS | 3 |
| 11/15/2009 | $ 51.72 | WALMART | FOOD/HOME SUPPLIES | AMERICAN EXPRESS | 4 |
| 10/31/2009 | $ 93.87 | PUBLIX | FOOD/HOME SUPPLIES | AMERICAN EXPRESS | 5 |
| 11/4/2009 | $ 29.64 | PUBLIX | FOOD/HOME SUPPLIES | AMERICAN EXPRESS | 6 |
| 11/11/2009 | $ 85.28 | PUBLIX | FOOD/HOME SUPPLIES | AMERICAN EXPRESS | 7 |
| 11/9/2009 | $ 144.33 | PUBLIX | FOOD/HOME SUPPLIES | AMERICAN EXPRESS | 8 |
| 1/19/2009 | $ 17.92 | JUPITER HOME CLEANERS | LAUNDRY | AMERICAN EXPRESS | 9 |
| 11/20/2009 | $ 126.34 | PUBLIX | FOOD/HOME SUPPLIES | AMERICAN EXPRESS | 10 |
| 11/24/2009 | $ 46.70 | PUBLIX | FOOD/HOME SUPPLIES | AMERICAN EXPRESS | 11 |

$ 652.05

```
. . . . . . . . . . . . . . . . . . . . . .
JUPITER HOMETOWN CLEANER
401 MAPLEWOOD DRIVE #17
    JUPITER FL 34458
      561-746-8101

      C O P Y
  11/11/2009  13:55:46
Sale:

Transaction #          6
Card Type:          AMEX
Acc:      ***********1001
Entry:            Swiped
Total:              5.97

Reference No.:
          931516003427
Auth.Code:          587343
Response:APPROVAL 587343
Sequence Number:      0006
Merchant_Number:
          396300030460
Terminal_ID:      72747074
Terminal_Number:      0001
```

CUSTOMER COPY

ALL SALES FINAL

```
. . . . . . . . . . . . . . . . . . . . . .
JUPITER HOMETOWN CLEANER
401 MAPLEWOOD DRIVE #17
    JUPITER FL 34458
      561-746-8101

      C O P Y
  10/31/2009  12:06:10
Sale:

Transaction #          3
Card Type:          AMEX
Acc:      ***********1001
Entry:            Swiped
Total:             11.95

Reference No.:
          930414601840
Auth.Code:          567248
Response:APPROVAL 567248
Sequence Number:      0003
Merchant_Number:
          396300030460
Terminal_ID:      72747074
Terminal_Number:      0001
```

CUSTOMER COPY

ALL SALES FINAL

Exhibit Y



**Walmart**
Save money. Live better.

```
    MANAGER STEVE LANDRY
      ( 561 ) 746 - 6422
ST# 2176 OP# 00005272 TE# 12 TR# 00740
STFR ANIMAL  007232091022 F     1.94 N
PN CREV SH   008087800222       3.96 X
BIORE CLNSR  001910003058       6.24 X
BASIC CASE   078109651026       3.94 X
TYLENOL CAPS 030045044905H      3.42 N
BI DR MOIST  001910013253       9.24 X
BONE         009109389820       2.97 X
BROC ALFREDO 071785410521 F     1.00 O
YOP STRW/BAN 007047000313 F     0.58 O
YOP STRW/BAN 007047000313 F     0.58 O
FRIED RICE   007007700106 F     2.50 O
CK FRIED R   007007700107 F     2.50 O
FRIED RICE   007007700106 F     2.50 O
ITALA LASGNA 001380044709 F     3.16 O
WHEEL  CHES  071785410525 F     1.00 O
CUPCAKES     001099500870 F     2.50 O
BREAD        007225004919 F     1.97 O
            SUBTOTAL          50.00
     TAX 1  6.500 %            1.72
              TOTAL          51.72
```

Continued on back...

**STAPLES**

that was easy.
Low prices. Every item. Every day.
    201 North US #1 Unit E4
       Jupiter, FL 33477
        (561) 743-9393
SALE          1456538 11 001 70883
              0415 10/27/09 05:57

*******************************************

YOUR OPINION COUNTS AND WILL BE REVIEWED
        BY THIS STORE'S MANAGER!

    Please take a short survey
 and be entered into a monthly drawing
   for a $5,000 Staples gift card.
      NO PURCHASE NECESSARY.
 Log on to www.staples-survey.com
      or call 1-800-890-7305
Your survey code: 0101 5366 6236 1600
      See store for rules.
  Survey code expires 11/03/2009.
***Tome nuestra encuesta en Español en
 la página de Internet o por telefono.
 Consiga las reglas en la tienda.***

*******************************************

QTY SKU                          PRICE

    REWARDS NUMBER 3358294753
 1  HP 940XL BLK INK
    884420334002              35.99
SUBTOTAL                      35.99

    Standard Tax 6.50%          2.34

TOTAL                        $38.33

American Express               38.33
Card No.: XXXXXXXXXXX1027 [S]
Auth No.: 648444

# Publix

Publix @ Sea Plum Plaza
Store Manager Steven Fleischmann
Phone Number:561-748-5100

Visit our Pharmacy
Order Refills by Phone
Call 561-748-5106
Anytime 24 hours, 7 days a week

Refunded Item
TIDE 2X CLN BRZ
TIDE LIQ 2X HE                     -8.79 T
PUBLIX MILK                        15.89 T
HORMEL CNTRY ROAST                  3.09  F
ASPARAGUS                           5.99  F
    Ad Spec Savings  1.41           1.40  F
APPLE SLICES MIXED
1 @   2 FOR     5.00
    Ad Spec Savings  0.49           2.50  F
SNYDER PRETZELS
G/AD ALSTAR FR PNC                  2.49  F
SUGAR COOKIES                       3.85 T F
    Ad Spec Savings  1.29           2.50  F

Order Total                        28.92
Sales Tax                           0.72
Grand Total                        29.64
Credit        Payment              29.64
Change                              0.00

Savings Summary
 Advertised Special Savings   3.19
*********************************
*     Your Savings at Publix     *
*            3.19                 *
*********************************
- - - - - - - - - - - - - - - -
  PRESTO!
  Reference #: 510811-003
  Trace #: 0010019711
  Acct #: XXXXXXXXXXXX1001
  Purchase American Express
  Amount: $29.64
  Auth #: 546189

# Publix

Publix @ Sea Plum Plaza
Store Manager Steven Fleischmann
Phone Number:561-748-5100

Visit our Pharmacy
Order Refills by Phone
Call 561-748-5106
Anytime 24 hours, 7 days a week

PUBLIX IC PREMIUM
1 @   2 FOR     5.00          2.50  F
    Ad Spec Savings  1.67
PUBLIX IC PREMIUM
1 @   2 FOR     5.00          2.50  F
    Ad Spec Savings  1.67
YOP YOGURT                    0.77  F
YOPLAIT YOGURT                0.77  F
HEALTHYH VAN/OREO
1 @  10 FOR     5.00          0.50  F
    Adv Buy Savings  0.25
PUB FF LT BLBRY
- - - - - - - - - - - - - - - -
  PRESTO!
  Reference #: 096896-003
  Trace #: 0010015261
  Acct #: XXXXXXXXXXXX1001
  Purchase American Express
  Amount: $93.87
  Auth #: 544848
- - - - - - - - - - - - - - - -

Your cashier was Mark

P.O. Box 407
Lakeland, FL 33802-0407

10/31/2009 10:59 S1050  R109 9086 C0404

Where Saving Is
Part of the Pleasure

Publix Super Markets, Inc.



**Publix**

Publix @ Sea Plum Plaza
Store Manager Steven Fleischmann
Phone Number:561-748-5100

Visit our Pharmacy
Order Refills by Phone
Call 561-748-5106
Anytime 24 hours, 7 days a week

```
PUB FF LT PLBRY
 1 @  10 FOR    5.00        0.50   F
YOPLAIT YOGURT
 1 @  20 FOR   10.00        0.50   F
    Ad Spec Savings  0.27
PUB FF LT BAN CREM
 1 @  10 FOR    5.00        0.50   F
PLUM TOMATO
 0.20 lb @    1.99/ lb      0.40   F
KRAFT MILL/CRM/CHZ          2.05   F
Vendor Coupon             -1.00   F
BEANS GREEN                 1.40   F
    Ad Spec Savings  1.12
ONIONS YELLOW
 0.22 lb @    0.99/ lb      0.22   F
HEARTS OF ROMAINE
                            2.00   F

   Order Total            140.13
      Sales Tax             4.20
   Grand Total            144.33
   Credit      Payment    144.33
   Change                   0.00

Savings Summary
   Vendor Coupon            5.85
   Store Coupon             2.00
   Advertised Special Savings  6.22
**********************************
*     Your Savings at Publix    *
*            14.07              *
**********************************
```

PRESTO!
Reference #: 079634-003
Trace #: 0010011041
Acct #: XXXXXXXXXXX1001
Purchase American Express
Amount: $144.33
Auth #: 561959



**Publix**

Publix @ Sea Plum Plaza
Store Manager Steven Fleischmann
Phone Number:561-748-5100

Visit our Pharmacy
Order Refills by Phone
Call 561-748-5106
Anytime 24 hours, 7 days a week

```
***********************
RECALL TRANSACTION
TERMINAL        109
TRANS-NO FOR  1298 5.00
 GF PEACH PINEAPPLE         2.99   F
 S/H ITALIAN VEG            3.59   F
                            2.4    F
                           -2.45   F
  Promotion
    Ad Spec Savings  2.45
WISE RIDGIES CHIPS          2.99   F
GIARUSSA WHEELS             1.99   F
PUBLIX SL MUSHRM            1.45   F
KR YEL SHELL/CHEES          5.25   F
W.B. BALSMC VINGR           2.97   F
MOTT'S APPLE JUICE          1.79   F
    Ad Spec Savings  1.26
DAN LT /OG VANILLA          2.69   F
DAN LT STRAWBERRY           2.83   F
PAPETTI ALLWHITES           3.79   F

   Order Total             84.62
      Sales Tax             0.6
   Grand Total             85.28
   Credit      Payment     85.28
   Change                   0.00

Savings Summary
   Advertised Special Savings  4.65
   Advantage Buy Savings   0.49
**********************************
*     Your Savings at Publix    *
*            5.14              *
**********************************
```

PRESTO!
Reference #: 098269-003
Trace #: 0010019531
Acct #: XXXXXXXXXXX1001
Purchase American Express
Amount: $85.28
Auth #: 520669

# Publix

Sea Plum Plaza
Steven Fleischmann
561-748-5100

Visit our Pharmacy
Order Refills by Phone
Call 561-748-5106
Anytime 24 hours, 7 days a week

```
AMER. SALAD BLEND
1 @  2 FOR    4.00         2.00   F
   -1 Spec Savings  1.09
HEARTS OF ROMAINE
1 @  2 FOR    4.00         2.00   F
   -1 Spec Savings  1.09
KR CLEMENT SW CRD
1 @  2 FOR    5.00         2.50   F
   -1 Spec Savings  1.99
```

```
Savings Summary
   Vendor Coupon            1.00
   Advertised Special Savings  11.2
*********************************
*      Your Savings at Publix      *
*              12.21               *
*********************************

 GROSTOT
 Reference #: 049942-003
 Trace #: 00900:8131
 Card #: XXXXXXXXXX1001
 Purchase American Express
 Amount  $46.70
 Auth #: 567705
```

JUPITER HOMETOWN CLEANER
401 MAPLEWOOD DRIVE #17
JUPITER FL 34458
561-746-8101

        C O P Y
11/19/2009   15:28:00
Sale:

Transaction #                    9
Card Type:
Acc:                          AMEX
Entry:          ***********1001
Total:                    Swiped
                         17.92

Reference No.:
                   932317000280
Auth.Code:            566274
Response:APPROVAL   566274
Sequence Number:      0009
Merchant_Number:
                   396300030460
Terminal_ID:        72747074
Terminal_Number:      0001

        CUSTOMER COPY

      ALL SALES FINAL

Publix @ Sea Plum Plaza
Store Manager Steven Fleischman
Phone Number 561-748-5100

Exhibit
10

Visit our Pharmacy
Order Refill by Phone
Call  561-748-5100
Anytime Hours 7 days a week


BE RICH GOLD CORN          1.19   F
    Ad Desc Savings  1.20
LC ONE DISH SAV            2.3-   F
LC CASUAL KITCHN           3.4-   F
BREY I CREAM              5.19   F
BREY ICE CREAM            5.19   F
    Promotion           -5.17   F
    Ad Desc Savings  5.13
Vendor Coupon            -0.75   F
PUBLIX HALF T HALF         1.3-   F
YOPLAIT YOGURT            0.77   F
PUB FF PLAIN YOG          1.69   F
REDDI-WIP 7 CREAMY        2.49   F
Vendor Coupon            -0.55   F
PUB FF LT SLD/V
1 @ 10 FOR      5.00     0.50   F
PUB FF LT PAN CREA
1 @ 10 FOR      5.00     0.50   F
PUB FF LT PAN CREA
1 @ 10 FOR      5.00     0.50   F
DOLE SLICED PCH BWL
1 @ 2 FOR      4.19     2.10   F
    Adv Buy Savings  0.45
DANNON YOGURT
1 @ 20 FOR     10.00     0.50   F
    Ad Desc Savings  0.20
HELLMANN'S MAYO          4.09   F
HELLMANN'S MAYO          4.89   F
    Promotion          -4.89   F
    Ad Desc Savings  4.89
QK QUAKR CHOCOLATE        1.89   F
POLLY-O STRING LMS        3.99   F
    Adv Buy Savings  0.50
*     TOTAL         41.04      *
**************************

FSA Purchase Summary:
    Prescription (P):       $0.00
    Non-Prescription (H):   $7.70
    FSA Total:              $7.70

        PRESTO!
        Reference #: 062004-003
        Trace #: 0010015391
        Acct #: XXXXXXXXXXXX1001
        Purchase American Express
        Amount: $126.34
        Auth #: 546729

**SCHEDULE OF HOUSEHOLD**
**CASH RECEIPTS AND CASH DISBURSEMENTS**

**November-09**

CATEGORY            | HOUSEHOLD REPAIRS, MAINT |

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|------|--------|-------|---------|----------|---------|
| 11/3/2009 | $ 414.95 | POOL SUPPLY WORLD | REPLACE CHLORINE GENERATOR | AMERICAN EXPRESS | 1 |
| 11/17/2009 | $ 32.00 | MARK MINTUS | PEST CONTROL VIA ROSINA | CHECK 5094 | 2 |
| 11/1/2009 | $ 55.00 | SHAUN BECKS | LAWN SERVICE VIA ROSINA | CHECK 5085 | 3 |
| 11/4/2009 | $ 36.84 | PICH A PENNEY | POOL CHEMICALS | AMERICAN EXPRESS | 4 |
| 11/2/2009 | $ 106.43 | HOME DEPOT | A/C FILTERS ETC | AMERICAN EXPRESS | 5 |

$ 645.22

**Alan Franciosi**

| | |
|---|---|
| From: | sales@poolsupplyworld.com |
| Sent: | Tuesday, November 03, 2009 4:02 PM |
| To: | afranciosi@nissanofmelbourne.com |
| Subject: | Order From www.PoolSupplyWorld.com  || Order Number - P552967 |

Thanks for shopping with www.PoolSupplyWorld.com your order has been received. Your product will be shipped out shortly, check the stock status on the product page for a better idea of timing. If your order is not in stock, i.e. on back order you will be notified by email, we will also be updating your order status on our website. If you have any questions about timing or tracking please contact us.  We are here to help!

Some products like above ground pool liners, safety covers and/or solar covers potentially may have to be manufactured and can take up to 10 business days to ship out.

We recommend you create an account with us, so you can follow the status of your order as well as give you a way to order with us again under the same account.  You can create your account here:

  http://www.poolsupplyworld.com/account/create_acct.htm.


The details of your order are below:

++++++++++++++++++++++++++++++++++++++++++
Order Number - P552967
Order Date - 03 Nov 2009 01:01:00
++++++++++++++++++++++++++++++++++++++++++

++++++++++++++++++++++++++++++++++++++++++
Order Details
++++++++++++++++++++++++++++++++++++++++++
Order ID - P552967
PoolSupplyWorld Username - afranciosi@nissanofmelbourne.com
OPT-IN To Email - Yes
++++++++++++++++++++++++++++++++++++++++++

++++++++++++++++++++++++++++++++++++++++++
Billing Address
++++++++++++++++++++++++++++++++++++++++++
Name - Alan Franciosi
Address - 175 Via Rosina
City - Jupiter
Zip Code - 33458
Phone Number - 5616351716
Email Address - afranciosi@nissanofmelbourne.com IP - 204.14.139.178

++++++++++++++++++++++++++++++++++++++++++
Ship To Address
++++++++++++++++++++++++++++++++++++++++++
Name - Alan Franciosi
Address - 175 Via Rosina
City - Jupiter
State - Florida
Zip Code - 33458
Country - United States
Phone Number - 5616351716
Email Address - afranciosi@nissanofmelbourne.com

*[Handwritten notes in right margin:]* Home maint Repair pool chemical Generator $ 414.95   Pd   AX   Exhibit 1

1

```
++++++++++++++++++++++++++++++++++++++++++++
Order Details - Items Ordered
++++++++++++++++++++++++++++++++++++++++++++
```

Item Name - Goldline Universal Aquarite Replacement cell 40k gallons - Cell only - GLX-CELL-15-W
Quantity Ordered - 1
SKU Number - GLX-CELL-15-W
Item Price - $379.95
Total Price - $379.95
```
+++++++++++++++++++++++++++++++++++++++++++++
+++++++++++++++++++++++++++++++++++++++++++++
```
Subtotal - $379.95
Free Ship 09 - ($7.95)
Shipping Total (3 Day) - $35.00
Processing & Handling - $7.95
Tax - $0.00
Total - $414.95
```
+++++++++++++++++++++++++++++++++++++++++++++
```

If you see any errors in your order please contact us as soon as possible, either via email at sales@poolsupplyworld.com or call us at 775-223-8578, or 800-772-0467.

Pool Supply World Rebate Infomation
Club Polaris Number - 649140

Pool Supply World is the answer to all your in ground and above ground swimming pool supply needs as well as spa and hot tub products. With access to millions of dollars of swimming pool supplies Pool Supply World can provide you with any swimming pool product you need. We understand the common frustration with ordering on the internet, and want to give you something new, Great Prices as well as Great Service. We are here for you, to help you, and offer the best service possible as well as fast and free shipping. Please don't hesitate to contact us at sales@poolsupplyworld.com, we are here to help.

Pool Supply World
P.O. Box 619074
Roseville, CA 95661-9074

If you need to return an item please contact us before sending it back. You can start your return process at: http://www.poolsupplyworld.com/returnform.htm. Or you can contact us at rma@poolsupplyworld.com and we can help you out.

To view over 34,000 pool & spa products please visit us again:
http://www.poolsupplyworld.com/

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.424 / Virus Database: 270.14.47/2478 - Release Date: 11/03/09 07:36:00

Mark A. Mintus
561-502-5365

No. 3518

STATEMENT

DATE 10-19-09

TERMS

TO

ADDRESS Debbie Franciosi
175 Via Pesina
Jupiter, FL 33458

IN ACCOUNT WITH

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 8 |
| | | | | | 30 | |
| 1 | Monthly Service | | | | 30 | |
| | | | | | | |
| | | | Total | | 30 | |
| | | | | | | |
| | | Mark A. Mintus | | | | |
| | | 4200 Randolph Way #191 | | | | |
| | | P.B.G., FL 33410 | | | | |
| | | | | | | |
| | | Thank You! | | | | |

BW1512

Monthly Service (circled)

PG.GV

CK 5891

DC5012

# Shaun Beck's Lawn & Landscape
## P.O. BOX 7793
## JUPITER, FL  33468
## CELLULAR PHONE:  (561) 262-4684

### STATEMENT

ALLEN FRANCIOSI
175 VIA ROSINA
JUPITER, FL  33458

| DATE | DESCRIPTION | CHARGES |
|------|-------------|---------|
| OCTOBER, '09 | PREVIOUS BALANCE | $0.00 |
| NOVEMBER, '09 | LAWN MAINTENANCE | $55.00 |
| | TOTAL: | $55.00 |

NOTE: I WILL BE OUT OF TOWN FROM 11/25/09(WED) THRU 12/01/09(TUE).
REGULAR LAWN MAINTENANCE SERVICE WILL RESUME ON 12/02/09.

THANK YOU,

SHAUN BECK

PINCH-A-PENNY
POOL-PATIO-SPA

Pinch A Penny 089
2532 West Indiantown Road

Jupiter, FL 33458
Phone: 561-746-5137

Transaction #: 90473
Date: 11/4/2009    Time: 5:36:24 PM
Cashier: Joe    Register #: 1

| Item | Description | Amount |
|---|---|---|
| 04920959 | STOP YELLOW 6 OZ. | $4.99 |
| 04000018 | GAL SODIUM HYPOCHL | $12.00 |
|  | 3 JUG @ $4.23 |  |
| 00520072 | 2.5 GAL P.A.P STAC | $16.92 |
|  | 3 @ $5.64 |  |

|  | Sub Total | $34.98 |
|  | Sales Tax | $2.42 |
|  | Total | $36.84 |

AMEX Tendered    $36.84
Card: XXXXXXXXX1001
Auth: 507807
Change Due    $0.00

Thank you for shopping
Pinch A Penny 089
We hope you'll come back soon!

---

PINCH-A-PENNY
POOL-PATIO-SPA

Pinch A Penny 089
2532 West Indiantown Road

Jupiter, FL 33458
Phone: 561-746-5137

Transaction #: 90654
Date: 11/7/2009    Time: 2:36:05 PM
Cashier: Joe    Register #: 1

| Item | Description | Amount |
|---|---|---|
| 00520072 | 2.5 GAL P.A.P STAC | ($16.92) |
|  | Return code: 01 |  |
|  | -3 @ $5.64 |  |

|  | Sub Total | ($16.92) |
|  | Sales Tax | ($1.10) |
|  | Total | ($18.02) |

Change AMEX    $18.02
Card: XXXXXXXXX1001
Auth:

Thank you for shopping
Pinch A Penny 089
We hope you'll come back soon!

THE HOME DEPOT 0274
1694 W. INDIANTOWN RD, THANK YOU !!
JUPITER, FL 33458      (561)747-6561

SALE              0274 00007 97365      11/02/09
                        11 ADS4V2      06:58 PM




026613102771 WRENCH <A>                10.26
048643025455 25' POLY <A>               4.99
742765 FILTER <A>                      84.68
                    SUBTOTAL           99.93
                    SALES TAX           6.50
                    TOTAL           $106.43
XXXXXXXXXXX1027    AMEX              106.43
AUTH CODE 502137/9070453                  TA



0274 07 97365 11/02/2009 6152

RETURN POLICY DEFINITIONS
   POLICY ID    DAYS    POLICY EXPIRES ON
A      1          90          01/31/2010

SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

November-09

CATEGORY | INSURANCE |

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|---|---|---|---|---|---|
| 11/15/2009 | $ 287.08 | GEICO | CAR INSURNACE | CHECK 5080 | 1 |
| 11/1/2009 | $ 144.87 | STATE FARM | HOME OWNERS INS VIA ROSINA | CHECK 5086 | 2 |
| 11/1/2009 | $ 501.05 | IMPERIAL | BOAT INSURANCE | CHECK 5081 | 3 |
| 11/5/2009 | $ 199.46 | ASI ASSURANCE | HOME OWNERS INS PORT SAINT LUCIE | CHECK 5092 | 4 |
| 11/5/2009 | $ 44.48 | AMERICAN BANKERS | RENTER INS MELBOURNE APT | CHECK 5091 | 5 |
| 11/18/2009 | $ 47.94 | FIDELITY LIFE INS | LIFE INS ALAN | AMERICAN EXPRESS | 6 |

$ 1,224.88

# GEICO

**GEICO General Insurance Company**

**BILL**

### Policy Number & Period

*Auto*
Policy ~~XXXXXX~~05-54
Aug-15-09    to Feb-15-10

GEICO CUSTOMER SERVICE CONTACTS

Billing Payment Options:
Mail
Internet:  Visit geico.com
EFT:  To enroll, see below.
Phone Pay:  To pay with a check over
the phone, call 1-800-932-8872.

Policy Changes: Visit geico.com or call
1-800-841-3000

### Billing Activity

| Activity Date & Description | | Amount |
|---|---|---|
| PREVIOUS BALANCE AS OF Sep-30-09 | $ | 826.00 |
| Oct-03-Policy Change | $ | 11.94 |
| Oct-03-FL Hurricane CAT Fund | $ | 0.11 |
| Oct-08-Payment Received - Thank You | $ | -278.00 |
| Oct-31-Premium Installment Charge | $ | 4.00 |
| *CURRENT BALANCE AS OF Nov-02-09* | $ | 564.05 |

#### Payment Schedule

| Due | | Amount |
|---|---|---|
| Nov-15-09 | $ | 287.08 |
| Dec-15-09 | $ | 280.97 |



It's easy to pay your future bill(s) with our Electronic Funds Transfer (EFT) program. To enroll in Electronic Funds Transfer (which automatically debits your checking account), please read and sign the Authorization Agreement on the stub portion below. (Your Signature is required to enroll in EFT.) ONLY SIGN BELOW IF YOU WANT TO ENROLL IN ELECTRONIC FUNDS TRANSFER (EFT).

The banking information on your <u>enclosed check</u> will be used to process your request.  <u>Your next scheduled payment will be the first payment to be automatically withdrawn.</u>

Installments include a premium installment charge of $4.00 or less based on the unpaid balance.

When enrolling in Electronic Funds Transfer (EFT), you authorize GEICO to initiate automatic debits for future premium payments to the checking account used to make this payment, and you authorize your financial institution to debit your account for these payments. You acknowledge that changes to your policy or rate structure may change the amount debited. Three (3) business days are required to deactivate the EFT program.

## MESSAGES:

-Your total premium reflects a Florida Hurricane Catastrophe Fund Emergency Assessment that has been mandated by the Florida State Board of Administration. The state has required that this assessment be collected directly from policyholders.

---

Please detach and return the portion below with your payment made payable to GEICO in the enclosed envelope.

AUTHORIZATION AGREEMENT FOR ELECTRONIC FUNDS TRANSFER (EFT) I hereby authorize GEICO to initiate automatic debits for future premium payments to the checking account used to make this payment, and I authorize my financial institution to debit my account for these payments. I acknowledge that changes to my policy or rate structure may change the amount debited.

To Enroll in EFT - Sign Here _____

| Policy Number: | ~~XXXXXX~~05-54 |
|---|---|
| Issue Date: | Nov-02-09 |
| CURRENT BALANCE | $  564.05 |
| Due Date: | Nov-15-09 |

Minimum Amount Due

$287.08

ALAN R FRANCIOSI AND DEBRA L
   FRANCIOSI
175 VIA ROSINA
JUPITER FL  33458-6934

ONE GEICO PLAZA
Bethesda, MD  20810-0001



U-31-DPB (1) (08-09)



STATE FARM PAYMENT PLAN    ACCOUNT NUMBER
PO Box 2746
Jacksonville FL 32232-2746

Monthly Account

AT 1        327-19      2720-F595    59
            009454
FRANCIOSI, ALAN
175 VIA ROSINA
JUPITER FL  33458-6934

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| NOV 14, 2009 | $144.87 |

## ** BILLING SUMMARY **

| | |
|---|---|
| Last Amount Billed | $144.87 |
| Last Amount Paid OCT 6, 2009 | -144.87 |
| Difference | 0.00 |
| Current Installment | 141.87 |
| Service Charge | 3.00 |
| Total Amount Due By NOV 14, 2009 | $144.87 |

## ** POLICIES ON ACCOUNT **

HOMEOWNERS
79-PP-0532-0                              141.87

CURRENT INSTALLMENT                      $141.87

*pd ck 5086*

*Exhibit 2*

Changes completed after 10-27-09 will appear on the next notice.

We appreciate the way you consistently pay your account.

*Thanks for letting us serve you...*

Agent
Telephone    Susan D Wiley Ins Agency Inc
             561-575-0092

⚷ 69 4791 6906

Prepared Date  OCT 27 2009

Imperial Premium Finance, Inc.
1001 Winstead Drive, Suite 500
Cary NC 27513

# INVOICE


**IMPERIAL
A.I. CREDIT
COMPANIES®**

| Account Number: | ████████979-1 |
| --- | --- |

Alan Franciosi
175 Via Rosina
JUPITER FL 33458-6934          000918

Date of Notice:          10/19/09

AGENT: Atlass Insurance Group

---

Installment Due Date:     11/10/09
Amount Due:

| | |
| --- | --- |
| Past Due Balance | $0.00 |
| Current Installment Due | $501.05 |
| TOTAL AMOUNT DUE | $501.05 |



**Messages:**

Payments not received as scheduled may result in late charges or cancellation of
insurance coverage as provided for in your premium finance agreement.

For customer service inquiries, please call or inquire on-line at:

 1-800-791-7901          💻 www.IAICC.com



AIEPA05

---

Use of this payment stub will expedite application to your account.  Please allow adequate mailing time.

**IMPERIAL
A.I. CREDIT
COMPANIES®**

**Make your check payable to:**
Imperial Premium Finance, Inc.

Please put your account number on your check
and mail it with this payment stub to:

Imperial Premium Finance, Inc.
Box 9045
New York NY 10087-9045

| Account Number: | ████████979-1 |
| --- | --- |
| Due Date: | 11/10/09 |
| Total Due: | $501.05 |

Overnighted payments will not be
processed at the remittance address.
Please contact a customer service
representative for an overnight address.

 9791000000000100005010514

PFSUSAINVIAICE0011

ASI ASSURANCE CORP
*P.O. Box 33018*
Saint Petersburg, FL 33733-8018



## Premium Notice

ALAN & DEBRA  FRANCIOSI
175 VIA ROSINA
JUPITER, FL 33458

AgentID: 412697
Celedinas Agency Inc. #1
4283 Northlake Blvd
Palm Beach Gardens, FL 33410
(561) 622-2550

| | | | |
|---|---|---|---|
| POLICY NUMBER: | 4096 | POLICY TYPE: | Dwelling |
| NOTICE DATE: | 10/22/2009 | | |
| POLICY HOLDER: | ALAN & DEBRA  FRANCIOSI | | |
| PROPERTY LOCATION: | 1781 SE BIDDLE LN PORT ST LUCIE, FL 34983 | | |
| POLICY INCEPTION DATE: | 08/23/2009 | | |

Dear PolicyHolder:

According to our records, a premium is due on your policy. You must pay the minimum amount due to maintain your insurance coverage. You may save payment fees by paying the total amount due.

If you believe that you have previously remitted this payment, please contact your agent at  (561) 622-2550 to verify that your payment has been posted to your account.

If the amount due is $0.00 or if you have given your first payment to your agent you may disregard this notice.

Thank you for allowing ASI to service your insurance needs. We appreciate your business.

**Make Checks Payable and Mail To:**
ASI
P.O. Box 33018
St. Petersburg, FL 33733-8018

Payor:     ALAN & DEBRA  FRANCIOSI
175 VIA ROSINA
JUPITER, FL 33458
Loan #:

*DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT TO ASI*

| Policy Number | |
|---|---|
| 4096 | |
| **Insured** | |
| ALAN & DEBRA  FRANCIOSI | |
| **Agent** | |
| Celedinas Agency Inc. #1 | |
| **Minimum Amount Due:** | 199.46 |
| **Total Amount Due:** | 568.38 |
| **Due Upon Receipt** | |

10/22/2009     1:09:39AM

# American Bankers Insurance
# Company of Florida

23852 Network Place
Chicago IL  60673-1238

| | |
|---|---|
| Policy Number: ████2614 | |
| Policy Period: 06/22/2009 to 06/22/2010 | |

**AGENT:**
GEICO INSURANCE AGENCY INC

**INSURED ADDRESS:**
DEBRA FRANCIOSI
175 VIA ROSINA
JUPITER FL  33458

**PROPERTY ADDRESS:**
131 CYPRESS BROOK CIR #911
MELBOURNE                    FL
32901

**IMPORTANT MESSAGES:**
THANK YOU FOR CHOOSING US TO SERVE
YOUR INSURANCE NEEDS



|ılıılıılıdalılılıdalıdalılılıdalılılıalılılılıl
DEBRA FRANCIOSI
175 VIA ROSINA
JUPITER FL  33458

## Billing Details

| | |
|---|---|
| Future unbilled installments remaining: | 1 |
| Remaining balance: | $86.96 |
| Prior term balance: | $0.00 |
| Installment fee: | $2.00 |
| **Minimum Amount Due:** | **$44.48** |

**Due Date: 10/22/2009**

Please pay the minimum amount due by the due date. Please write your policy number on your check and use the return envelope provided for your convenience. Thank you for your prompt payment. We appreciate your business.

For billing information, please call (800) 370-1990.

Return the bottom portion of this invoice with your payment.

| POLICY NUMBER | INVOICE DATE | TO PAY IN FULL | DUE DATE | MINIMUM DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| ████2614 | 10/03/2009 | $86.96 | 10/22/2009 | $44.48 | |

☐ Check this box if you made address changes on the back.

**Make Checks Payable To:**

|ılılıılıılılılılıdalıılıılılılılılılılılılılıılıılıılıll
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
23852 NETWORK PLACE
CHICAGO IL  60673-1238

DEBRA FRANCIOSI
175 VIA ROSINA
JUPITER FL  33458

05 00  ████████61400  102209  0000004448  0DW2001  3  8

BCMINVA-1

Transaction Date:                    11/18/2009 Wed
Transaction Description:             FIDELITY LIFE ASSOCIOAK BROOK
                                     630-522-0392

Cardmember Name:                     ALAN FRANCIOSI
Amount $:                            47.94
Doing Business As:                   FIDELITY LIFE ASSOCIATES
Merchant Address:                    1211 W 22ND ST STE 209
                                     OAK BROOK
                                     IL
                                     OAK BROOK
                                     60523-3213
                                     UNITED STATES
Reference Number:                    320093220323227075
Category:                            Business Services - Insurance Services

*Life INS Policy*

*Exhibit 6*

SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

November-09

CATEGORY                    LEASE,RENT PAYMENTS

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|------|--------|-------|---------|----------|---------|
| 11/1/2009 | $ 574.78 | SARATOGA APTS | RENT FOR APT IN MELBOURNE | CHECK 5063 | 1 |
| 11/20/2009 | $ 500.00 | CLAUDINE TORRE | BOAT SLIP | CHECK 5074 | |

$ 1,074.78



**Saratoga**
3595 Misty Oak Drive
Melbourne, FL. 32901
321-984-3161
321-984-3163
saratoga@milestone-mgt.com

**MILESTONE**
MANAGEMENT

| BALANCE FORWARD | TOTAL CHARGES | AMOUNT DUE |
|---|---|---|
| $0.00 | $574.78 | $574.78 |
| **BILLING DATE** | **ACCOUNT NUMBER** | **DUE DATE** |
| 10/21/2009 | 43379 | 11/01/2009 |

UMMARY OF CHARGES for FRANCIOSI, DEBRA

| | |
|---|---|
| Balance Forward | $0.00 |
| November Rent | $540.00 |
| Bill Processing Fee | $3.35 |
| Trash 10/01/09-10/31/09 | $8.00 |
| Water/Sewer 08/04/09-09/04/09 | $23.43 |
| **AMOUNT DUE:** | **$574.78** |

*Pd cHeck 5063*

*Exhibit ?*

**Previous Payments & Credits:**$572.10

**Resident Reminder**
Saratoga Apartments is now set up to direct debit from your checking account so you will never have to worry about being charged a late fee!(*no extra fee's apply for this service) We can also accept credit card payments for your monthly rent, water & sewer, and trash bill.(*convenience fee's apply)

**Additional Information**
Thank you for calling Saratoga your home. Refer a friend to live here and you will receive $200.00 off your rent the month after they move in! We have already started a priority waiting list for November so tell your friends to act now!

**Service Requests:**
All service requests should be communicated to the management office via the above phone number or on a separate form of notification. Do not write service requests on the Payment Remittance, this may cause a delay in your request.

**Payment Instructions:**
All payments must be submitted with the attached remittance. Cash will not be accepted. Billing amount best reflects account at time of printing. Any error or omission on this bill does not absolve resident of the obligation to pay the correct rent amount and charges in a timely manner. DO NOT INCLUDE ADDITIONAL CORRESPONDENCE WITH YOUR PAYMENT. ANY QUESTIONS OR COMMENTS NEED TO BE SUBMITTED TO THE MANAGEMENT OFFICE.

**Late Payment Policy:**
Rent is due on the 1st. Outstanding balances will be charged a late fee according to your lease agreement. Late payments must be paid with Cashier's Check or Money Order. Additional fees may be assessed according to your lease agreement. The purpose of this communication is to collect a debt.

**Saratoga**
3595 Misty Oak Drive
Melbourne, FL. 32901

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE |
|---|---|---|
| 43379 | 11/01/2009 | $574.78 |

   

- Write Billing Account Number On Payments
- Do Not Write On This Form
- Return This Remittance With Payments

**Please Send Your Payment To This Address**
Remittance Address

003981



****AUTO**5-DIGIT 32901 3981 T18:26
FRANCIOSI, DEBRA
131 CYPRESS BROOK CIR APT 911
MELBOURNE FL  32901-8734

SARATOGA
3595 MISTY OAK DR
MELBOURNE FL  32901-8283

1095818431891438000005747806

**SCHEDULE OF HOUSEHOLD**
**CASH RECEIPTS AND CASH DISBURSEMENTS**

November-09

CATEGORY                     MEDICAL,DENTAL PAYMENTS

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|------|--------|-------|---------|----------|---------|
| 11/1/2009 | $ 25.00 | CIGNA TELEDRUG | PERSCRIPTION DEBBIE | CHECK 5073 | 1 |
| 11/11/2009 | $ 25.00 | DR EGITTO | DOCTOR VISIT | AMERICAN EXPRESS | 2 |
| 11/1/2009 | $ 189.00 | CIGNA | HEALTH INS DEBBIE | CHECK 5070 | 3 |
| 11/1/2009 | $ 97.00 | CIGNA | HEALTH INS KRYSTINA | CHECK 5071 | 4 |
| 11/1/2009 | $ 85.00 | CIGNA | HEALTH INS ASHLEY | CHECK 5072 | 5 |
| 11/1/2009 | $ 487.01 | CRAWFORD ADVISORS | COBRA INS ALAN | CHECK 5076 | 6 |
| 11/11/2009 | $ 77.04 | CIGNA TELEDRUG | PERSCRIPTION FOR KRYSTINA | AMERICAN EXPRESS | 7 |

$    985.05

# CIGNA
## Tel-Drug

CIGNA

10150051

| | Statement Date | Account No. | Amount Due |
|---|---|---|---|
| | 10/05/2009 | 3021 | $25.00 |

Credit Card #

Expiration Date    Amount

Signature _____

- VISA
- AMEX
- MasterCard
- Discover

1 - 45189

DEBRA FRANCIOSI
175 VIA ROSINA
JUPITER, FL 33458

○ Please check if address is incorrect
and indicate change on reverse side.

CIGNA Tel-Drug Home Delivery Pharmacy
P.O. Box 1019
Horsham, PA 19044-8019

PHARMACY PHONE: 1-800-835-3784

**PAYMENT IS DUE 10/28/2009**

Detach along this dotted line and return the top portion with your remittance

| TRANSACTION DATE | DESCRIPTION/TRANSACTION NUMBER | CREDIT | CHARGE |
|---|---|---|---|
| 09/29/2009 | RX FILLED BY TEL-DRUG,INC/CIGNA | | $25.00 |

*(handwritten: Exhibit 1 ; Pd ck 5073)*

| | Rx Charges | Other Charges | Sales Tax | Payments/Credits | Previous Balance | Current Charges | Payments/Credits | TOTAL AMT. DUE |
|---|---|---|---|---|---|---|---|---|
| Charges Since Last Billing | $25.00 | $0.00 | | $0.00 | $0.00 | $25.00 | $0.00 | $25.00 |
| Year To Date Charges | $25.00 | $0.00 | | $0.00 | | | | |

| CURRENT | 30 Days PAST DUE | 60 DAYS PAST DUE | 90 DAYS PAST DUE | OVER 120 DAYS PAST DUE |
|---|---|---|---|---|
| $25.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**To avoid a possible delay on future orders, please remit payment in full.**
PAYMENT IS DUE OCTOBER 28, 2009
IF YOU HAVE ALREADY SUBMITTED PAYMENT FOR
AMOUNT DUE, PLEASE DISREGARD THIS STATEMENT

EGITTO DENNIS MD PA
860 US HIGHWAY 1
NORTH PALM BEACH, FL 33408
561-622-4326
3899000001413820

Merchant ID: 028100157129
Term ID: 001                    Ref #: 001

Sale

XXXXXXXXXX1027
AMEX                    Entry Method: Swiped

11/11/09                        13:34:11
Inv #: 000001           Appr Code: 587785
Apprvd: Online          Batch#: 315001

Total                        $      25.00

Customer Copy
THANK YOU
COME AGAIN

Questions? Call **1-866-438-2446** 8am - 8pm ET

Billing Summary

**Bill History** >> **Billing Summary** >> **Schedule Payment** > **Administration** >> FAQ

**Bill Summary For Bill Period: 11-01-2009**

| | |
|---|---|
| Balance Forward: | $ 292.65 |
| Less Payments Applied: | $ 0.00 |
| Net Past Due: | $ 292.65 |
| Current Period Charges (Reference# 9766H2): | $ 189.00 |
| Net Adjustments (See Detail below) | $ 0.00 |
| Total Current Period Charges: | $ 189.00 |
| **Total Amount Due:** | **$ 481.65** |

**Coverage Summary**

| Name | Employee ID | Product | Coverage Type | Premium Billed |
|---|---|---|---|---|
| | 9766H2 | | | $ 189.00 |
| **Total:** | | | | **$ 189.00** |

© CIGNA Inc

Questions? Call **1-866-438-2446** 8am - 8pm ET

Billing Summary

**Bill History** >> **Billing Summary** >> **Schedule Payment** >> **Administration** >> FAQ

**Bill Summary For Bill Period: 11-01-2009**

( BILLING HISTORY )  ( SCHEDULE PAYMENT )

| | |
|---|---|
| Balance Forward: | $ 150.19 |
| Less Payments Applied: | $ 0.00 |
| Net Past Due: | $ 150.19 |
| | |
| Current Period Charges (Reference# 9842H5): | $ 97.00 |
| Net Adjustments (See Detail below) | $ 0.00 |
| Total Current Period Charges: | $ 97.00 |
| | |
| **Total Amount Due:** | **$ 247.19** |



**Coverage Summary**

| Name | Employee ID | Product | Coverage Type | Premium Billed |
|---|---|---|---|---|
| | 9842H5 | | | $ 97.00 |
| **Total:** | | | | **$ 97.00** |

( SCHEDULE PAYMENT )

© CIGNA Inc

Questions? Call **1-866-438-2446** 8am - 8pm ET

Billing Summary

**Bill History** >> **Billing Summary** >> **Schedule Payment** >> **Administration** >> FAQ

**Bill Summary For Bill Period: 11-01-2009**

| | |
|---|---|
| Balance Forward: | $ 131.61 |
| Less Payments Applied: | $ 0.00 |
| Net Past Due: | $ 131.61 |
| | |
| Current Period Charges (Reference# 9769H3): | $ 85.00 |
| Net Adjustments (See Detail below) | $ 0.00 |
| Total Current Period Charges: | $ 85.00 |

**Total Amount Due:    $ 216.61**

*pd ck 507*

## Coverage Summary

| Name | Employee ID | Product | Coverage Type | Premium Billed |
|---|---|---|---|---|
| | 9769H3 | | | $ 85.00 |
| **Total:** | | | | **$ 85.00** |

*EXHIBIT 5*

© CIGNA Inc

>>================================================================<<

MR ALAN FRANCIOSI
175 VIA ROSINA

JUPITER, FL 33458

*Exhibit 6* (handwritten)

Has your address changed?

Due Date: 11/01/2009     Amount: $ 487.01
Please make checks payable & mail to:
Crawford Advisors, LLC
Cobra Trust
Dept. # 258, P.O. Box 21228
Tulsa, OK 74121-1228

*Pd ck 5016* (handwritten)

Have you become covered under   YES
Medicare or another Group Plan?   NO

Signature:_____
PENSKE AUTOMOTIVE GROUP   /   ███963

Yes/No  (circle) -  I/we certify that each and every fact that I/we included on my/our original COBRA Subsidy Certification Form is true, accurate and has not changed.  I understand that I may be subject to penalties of 110% of the premium reduction I receive(d) if it is later discovered that I/we were no longer eligible for the COBRA subsidy.  Signature: _____

# CIGNA Tel-Drug Home Delivery Pharmacy Program

- CIGNA Tel-Drug Home

## Order Online
- Order a Refill

## Order by Mail
- Print and Mail Order Form

## Order History/Status
- View Order Status/History

## Other Resources
- Request A Price Quote
- FAQs
- Update Your Tel-Drug Profile
- Ask the Pharmacist
- Customer Service
- Proper Disposal of Prescription Medication

 View Shopping Cart

Questions about your Tel-Drug plan?
   Contact **Customer Service**

1.800.TEL.DRUG
(1.800.835.3784)
International call 1.605.373.0100

## Order Status/History

Your order history will only contain orders placed with CIGNA Tel-Drug since July

To avoid a delay in the shipment of your medication, your order may be divided a
as multiple entries with the same reference number. If the order is delayed longer
service representative will contact you.

**Internet Reference Number:** *Telephone   **Received:** 11/11/2009

K     A M FR                         Member ID: U3783202601

| Drug Name | Rx# | Co-Pay | Quantity |
|---|---|---|---|
| ZENCHENT TAB | 1365693598 | $77.04 | 84.0 |

**Internet Reference Number:** *   **Received:** 09/18/2009

K     A M FR                         Member ID: U3783202601

| Drug Name | Rx# | Co-Pay | Quantity |
|---|---|---|---|
| ZENCHENT TAB | 1365693598 | $0.00 | 0.0 |

### Ready to refill a prescription or get a price quote?
- Refill a prescription
- Request a price quote



© 2009 CIGNA
Legal Disclaimers | Privacy Information

SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

November-09

CATEGORY | MORTGAGE PAYMENTS

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|---|---|---|---|---|---|
| 11/1/2009 | $ 30.00 | BANK OF AMERICA | EQUITY LOAN PORT SAINT LUCIE | CHECK 5067 | 1 |
| 11/1/2009 | $ 673.97 | CENTRAL MORTGAGE | MORTGAGE PAY CHASEWOOD DR | CHECK 5069 | 2 |
| 11/1/2009 | $ 1,098.89 | BANK OF AMERICA | MORTGAGE PORT SAINT LUCIE | CHECK 5068 | 3 |

$ 1,802.86

 **Bank of America**

**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Post-Petition Billing Cycle/
Statement Period
10/01/2009 - 10/31/2009

**Account Number** ████725

Property address
1781 S E Biddle Lane

0 1 5 3 1 4 1  01 AT 0.357  **AUTO  T9 0 8351 33458-6934
H HB AG ..6..2 .......... 900 IN  1 4 P53395 DT001
DEBRA L FRANCIOSI
ALAN R FRANCIOSI
175 Via Rosina
Jupiter FL 33458-6934

*Exhibit*

**IMPORTANT NOTICE**

If you do not want us to send you monthly statements in the future, please contact us at 1-800-669-5864.

This statement is being furnished for informational purposes only and should not be construed as an attempt to collect against you personally. While your obligation to BAC Home Loans Servicing, LP may be discharged, by operation of law, BAC Home Loans Servicing, LP has retained the ability to enforce its rights against the property securing this loan should there be a default.

If you are presently involved in a Chapter 13 proceeding, please be advised that you are required to obey all orders of the Court, including those confirming or modifying the terms of your repayment plan. You may disregard the payment information/coupon below to the extent it conflicts with any order or requirement of the Court.

This is not a statement of the amount necessary to payoff your loan.

**ACCOUNT SUMMARY**

**Loan Summary**

| | |
|---|---|
| Average daily balance | $6,526.14 |
| Corresponding **ANNUAL PERCENTAGE RATE** | 5.1250% |
| Daily periodic rate | 0.01404% |
| Historical **ANNUAL PERCENTAGE RATE** | 5.1250% |
| Days(1) in Cycle | 31 |
| **FINANCE**(1) **CHARGE** | $28.41 |

(1) The references are to account details after (post-petition) you file your bankruptcy petition.
(2) Under the terms of your loan documents and federal law, a loan servicer may prohibit additional extensions of credit or reduce the credit limit.

**Payment Details**(1)

| | |
|---|---|
| Periodic **FINANCE CHARGE** | $28.41 |
| **Minimum**(1) **payment due: 11/25/2009** | $28.41 |

(see next page for transaction details)

*Pd ck*
*5067 $ 30.00*

**HOW TO MAKE A PAYMENT**
*1. Please*
 • don't send cash
 • don't staple your check to the payment coupon
 • don't include correspondence
 • include coupon with payment

2. Write your account number on your check or money order.

3. Make your check payable to
BAC Home Loans Servicing, LP
PO Box 650225
Dallas, TX 75265-0225

Account number ████725  (8)
Debra L Franciosi
Alan R Franciosi
1781 S E Biddle Lane

SEE OTHER SIDE FOR IMPORTANT INFORMATION    8351

BAC Home Loans Servicing, LP
PO Box 650225
Dallas, TX 75265-0225

**HOME EQUITY LOAN**
**Payment**(1) **Due Date Nov 25, 2009**    $28.41

| | |
|---|---|
| Additional Principal | |
| N/A | |
| Check Total | |

1639277258000000002841000000000

⑈586990058⑈: ████ 77 25⑈⑈

| PAYMT. NO. | ACCOUNT NUMBER |
|------------|----------------|
|            | 9817           |

| DUE DATE | AMOUNT DUE |
|----------|------------|
| NOV 01 - 09 | $673.97 |

ALAN FRANCIOSI
DEBRA FRANCIOSI

| ON OR AFTER THIS DATE | PAY THIS AMOUNT |
|-----------------------|-----------------|
| NOV 17 - 09 | $699.09 |

**CENTRAL MORTGAGE-CUSTOMER SERVICE**
**MON-FRI 8:00AM-8:00PM CST 1-800-366-2132**
**SATURDAY 8:00 AM - 2:00 PM**

CENTRAL MORTGAGE COMPANY
1-800-366-2132
WWW.CENTRALMORTGAGEONLINE.COM
P O BOX 8025
LITTLE ROCK AR 72203-8025

ADD'L PRINCIPAL   $ _____

ADD'L ESCROW   $ _____

LATE CHARGE   $ _____

$ _____
AMOUNT PAID

8170699090673970

*pd ck*
*pd*
*9*
*509*

*Exhibit 2*

# Bank of America

Case 09-28677-EPK   Doc 64   Filed 12/02/09   Page 61 of 99 ...06/2009

Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

**Account Number** ...7717
Property address
1781 S E Biddle Lane

INTEREST-ONLY LOAN
MONTHLY STATEMENT
(During the Interest-Only Period)

0 0 0 4 1 1 0 01 AT 0.357 **AUTO  T8 2 2256 33458-6934
PO A4 AG 520------0--2-7- C0000070 IN P04114
DEBRA L & ALAN R FRANCIOSI
175 Via Rosina
Jupiter FL 33458-6934

## The home loan information and services you need are just a click away...

Enjoy the ease and flexibility of accessing updated account information- 24 hours a day - in one convenient location. Log on to www.bankofamerica.com/cwcustomers to:

- access detailed information on your monthly, adjustable rate mortgage, and escrow statements
- review transaction history for payments received and escrow disbursements made
- update tax and insurance information
- view any payment changes due to ARM or escrow adjustments
- update bank information or payment draft dates on your automatic payment plan
- make payments online with **MortgagePay on the Web***.

Looking for a secure, hassle-free way to make your mortgage payments electronically? Enroll in one of our **PayPlan** Services* today to have your home loan payments drafted from your financial institution **automatically**. Simply log on to your account at www.bankofamerica.com/cwcustomers and select "Payment Services" to view the automatic payment plans available to you.

*Please note: Terms and conditions apply. A service fee may be assessed. Please read website for enrollment details.

## Your Payment Choices This Month

The amounts listed below are total payments, including amounts collected for escrow items such as taxes and insurance premiums. You can also pay additional Principal any month in any amount, by specifying "Additional Principal" in the payment coupon.

| Payment Information | Total Payment Amount** | Principal/and or Interest Payment | Outstanding Late Charges | Optional Products* |
|---|---|---|---|---|
| Interest Only Payment *** | $1,098.89 | $1,098.89 | | $0.00 |
| 15-Year Amortized Payment Choice *** | $2,030.32 | $2,030.32 | | $0.00 |
| Amortized Payment Choice *** | $1,340.25 | $1,340.25 | | $0.00 |

Please note: Amounts above may change based on payments made, received or returned before or after this statement was created.

**Outstanding late charges up to $400.00 are reflected in the payment choice amount.

*** The Amortized & 15-year Amortized Payment Choice (Amortized Payment Choices) amounts are based on the assumption that these payments will always be received on the scheduled due date. You are not required to pay these amounts. The extra amount of Principal included with each of these alternative Amortized Payment Choices will be applied as a partial Prepayment of Principal on the date the payment is received. The interest portion of your payment will be applied as of the scheduled due date. The Amortized Payment is similar to, but not identical to the Interest and Principal payment that you will be required to make after the Interest-Only Period ends. When that happens, your Interest and Principal payments will be applied to your loan as of the scheduled due date. The Amortized Payment Choices will reduce your principal balance and the amount of interest you will pay over the life of this loan. These Amortized Payment Choices are provided to you as an additional service, but by no means are you limited to these choices when it comes to the amount of partial prepayments of principal that you may select on your own. IMPORTANT NOTE: Be sure you review any prepayment penalty provision you may have in your loan. Depending on the amount of any partial Prepayments and when you make them, you may owe a prepayment charge at the time you payoff your loan.

## Your Home Loan Snapshot as of October 06, 2009

| | | | |
|---|---|---|---|
| Loan type | 30 Yr Conv Jumbo ARM | Payment Due Date: | 11/01/2009 |
| Principal balance | $210,986.16 | Late Charge if payment is received after 11/16/2009 | $54.94 |
| Interest rate | 6.250% | | |

We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

**November-09**

CATEGORY     TRAVEL AND ENTERTAINMENT

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|------|--------|-------|---------|----------|---------|
| 11/9/2009 | $ 25.71 | SIAM ORCHID | FOOD | AMERICAN EXPRESS | 1 |
| 10/28/2009 | $ 62.42 | SIAM ORCHID | FOOD | AMERICAN EXPRESS | 2 |
| 11/15/2009 | $ 19.83 | ANGELOS | FOOD | AMERICAN EXPRESS | 3 |
| 11/6/2009 | $ 22.87 | ANGELOS | FOOD | AMERICAN EXPRESS | 4 |
| 10/29/2009 | $ 29.30 | SAND ON THE BEACH | FOOD | AMERICAN EXPRESS | 5 |
| 10/30/2009 | $ 32.30 | ANGELOS | FOOD | AMERICAN EXPRESS | 6 |
| 11/8/2009 | $ 25.49 | MILLERS ALE HOUSE | FOOD | AMERICAN EXPRESS | 7 |
| 11/14/2009 | $ 104.54 | FIREHOUSE | FOOD | AMERICAN EXPRESS | 8 |
| 11/22/2009 | $ 26.00 | NOCHES | FOOD | AMERICAN EXPRESS | 9 |
| 11/21/2009 | $ 104.03 | BELLIGIO | FOOD | AMERICAN EXPRESS | 10 |
| 11/22/2009 | $ 13.56 | SUSHI KING | FOOD | AMERICAN EXPRESS | 11 |
| 11/19/2009 | $ 19.03 | JON SMITH SUBS | FOOD | AMERICAN EXPRESS | 12 |
| 11/20/2009 | $ 7.10 | BURGER KING | FOOD | AMERICAN EXPRESS | 13 |

$ 492.18

/7 /

ANGELO'S CHICKEN & PIZZA
JUPITER, FL 33458
561-747-2974

Merchant ID: 006002293853
Term ID: 00180453    Ref #: 0028

Sale

xxxxxxxxxx1001
AMEX        Entry Method: Swiped

Amount:            $      10.82
Tip:

Total:

11/15/89              19:22:03
Inv #: 000028  Appr Code: 509216
Aporvd: Online    Batch#: 000373

Customer Copy

---

SIAM ORCHID
75 E. NASA BLVD
MELBOURNE, FL 32901
(321) 729-6383

Merchant ID: 8788620003388

Sale

XXXXXXXXXX1027              Exp: 10/12
AMEX           Entry Method: Swiped

Amount:            $      52.42
Tip:                        10.00

Total:                      62.42

10/28/09              20:40:47
Inv#: 000087   Appr Code: 502967
Approvd: Online    Batch#: 000458

Customer Copy
THANK YOU!
PLEASE COME AGAIN!

---

SIAM ORCHID
75 E. NASA BLVD
MELBOURNE, FL 32901
(321) 729-6383

Merchant ID: 8788620003388

Sale

XXXXXXXXXX1027              Exp: 10/12
AMEX           Entry Method: Swiped

Amount:            $      21.71
Tip:                         4.00

Total:                      25.71

11/09/09              20:43:41
Inv#: 000078   Appr Code: 541573
Approvd: Online    Batch#: 000470

Customer Copy
THANK YOU!
PLEASE COME AGAIN!

---

ANGELO'S CHICKEN & PIZZA
155 TONEY PENNA DRIVE
JUPITER, FL 33458
561-747-2974

Merchant ID: 006002293853
Term ID: 00180453    Ref #: 0071

Sale

xxxxxxxxxx1027
AMEX        Entry Method: Swiped

Amount:            $      27.30
Tip:

Total:

10/30/89              20:51:51
Inv #: 000071  Appr Code: 566685
Approvd: Online    Batch#: 000356

Customer Copy

---

Sand on The Beach
321-327-8951
1005 Atlantic St
Melbourne Beach  FL 32903
321.327.8951

Server: Dhana         DOB: 10/29/2009
01:28 PM                    10/29/2009
Table 51/1                    2/20041

Amex                          1048596
Card #XXXXXXXXXXX1027
Magnetic card present: FRANCIOSI ALAN
Approval: 565896

Amount:         24.00

+ Tip:

= Total:

---

ANGELO'S CHICKEN & PIZZA
155 TONEY PENNA DRIVE
JUPITER, FL 33458
561-747-2974

Merchant ID: 006002293853
Term ID: 00180453    Ref #: 0059

Sale

xxxxxxxxxx1027
AMEX        Entry Method: Swiped

Amount:            $      18.87
Tip:

Total:

11/06/09              21:44:32
Inv #: 000055  Appr Code: 569294
Approvd: Online    Batch#: 000364

Customer Copy

SUSHI KING
3755 MILITARY TRAIL
JUPITER FL 33458
561-746-7668

C O P Y
11/22/2009  03:46:22
Sale:

Transaction #          1
Card Type:         AMEX
Acc:      ***********1027
Entry:           Swiped
Bse Amt:       13.56

Tip    : $

Total Amt:  $

Device ID:        1966
Reference No.:
       000286211686089
Auth.Code:       544518
Respon. AUTH/TKT  544518
Merchant number ***03142

CUSTOMER COPY

---

The Firehouse
Restaurant & Lounge
923 E New Haven Ave
Melbourne, FL 32901

Emp: lyles        AMEX
11-14-09 10:20p Tbl# 221 - 91927
------------------------------------
Card Number:   *************1027
Exp Date: **/** FRANCIOSI/ALAN
Apprvl Code: 561601

AMOUNT:       86.54

TIP:

TOTAL:      1054

X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

** MERCHANT COPY **

---

Millers Ale House
126 Center Street
(561) 746-6720
Jupiter, Fl 33458

0011961              Check # :963116
Table 16
Leah H
8 Nov 2009 01:45:16 PM GMT      Gst 2
Transaction #:19000

------------------------------------

Card Number              Auth Code
***********1027             500528
FRANCIOSI/ALAN               Amex

Amount       20.99

Total        20.99

Tip

Total ..

X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

GUEST COPY

**JON SMITH SUBS**
**6689 INDIANTOWN RD**
**JUPITER, FL 33458**

TERMINAL I.D.:                    867680
MERCHANT # :            27820080086103

AMEX
XXXXXXXXXX1027
SALE
BATCH: 000024      INV: 000037
DATE: NOV 19, 09      TIME: 20:10
RRN: 00240834      AUTH:585201

BASE              $19.03

TIP        $_____._____

TOTAL      $_____._____

ALAN FRANCIOSI

CUSTOMER COPY

---

0472
Server: OSCAR V                    Rec:264
11/21/09 21:30, Swiped    T: 85 Term: 4

BELLIGIO
600 S. ROSEMARY AVE
WEST PALM BEACH, FL
(561)659-6160
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES   XXXXXXXXXXX1027
Name: ALAN FRANCIOSI
00 TRANSACTION APPROVED
AUTHORIZATION #: 561469
Reference: 1121010000472
TRANS TYPE: Credit Card SALE

CHECK:              84.03

TIP:        _____

TOTAL:      ____10.00___

X...........................

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND

---

**NOCHE**
"LET US TAKE YOU INTO THE NIGHT"
2401 PGA BLD--PROSPERITY CENTER
Palm Beach Gardens, FL 33410
(561) 472-7900

10006 PM BAR 2

Chk 5414        Nov22'09 12:00AM  Gst (

Bar
4 HSE WHT WINE                    32.00

Subtotal                          32.00
H
50 %
VIP 50% Disc                      16.00-
12:00 Amt Due                     16.00

Print Name:_____
Signature:_____
Payroll Number:_____

On Behalf of Carmine,
   THANK YOU ! ! !
email: noche@carmines.com
www.nochepalmbeach.com
Please Inquire About VIP Mbrshps

---

BK 01960      BKC
             (321) 723-7821

15 DANIEL
----------------------------------------
Chk 339        Nov20'09 01:10PM
----------------------------------------
   Eat In
 1 Value Meal                      6.69
   Brg Shot 6PK Chs
   Sm Fries
   Sm Coke
 XXXXXXXXXXX1027
   AMEX                            7.10

 Subtotal:                         6.69
 Tax:                              0.41
 Total:                            7.10

SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

November-09

CATEGORY | TUITION AND EDUCATION |

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|---|---|---|---|---|---|
| 11/1/2009 | $ 1,804.67 | NORTHWOOD UNIVERISTY | TUITION FOR ASHLEY SEMESTER | CHECK 5093 | 1 |

$ 1,804.67



**NORTHWOOD UNIVERSITY**

Discover the Leader in You
2600 N. Military Trail
West Palm Beach, FL 33409

Date: November 5, 2009

Bill To    Ms. Ashley N. Franciosi
175 Via Rosina
Jupiter, FL 33458

*Pd Check 5093*

Student ID    6697

## Winter Term Invoice

| Description | Charges | Credits | Balance |
|---|---|---|---|
| Previous Credit Balance | - | - | -30.83 |
| Tuition And Fees | 6,136.00 | - | |
| Nu Free Enterprise Transfer Scholarship | - | 1,666.00 | |
| *Pending - Able Grant | - | 329.00 | |
| Women's Soccer Scholarship | - | 500.00 | |
| Federal Unsub Stafford Ln | - | 1,805.51 | |

Balance Due    1,804.67

Pending Parent PLUS Loan Eligibility  13,981.00

**Notes:**
To avoid a $100.00 late fee and loss of Winter term classes, the full payment must be in the Business Office by 5:00 PM, 11/18/2009.  Return a copy of this invoice to the Business Office with your payment.

Pay online with MasterCard, Discover, American Express, or electronic check at My.Northwood.edu through the WebAdvisor tab.

Winter  Financial Aid will not be applied to your account until after classes start.

*Next Semester*

The above charges are based on the number of credit hours you are registered for as of the above date. If registration has not been completed, charges are based on full time status (12-17 credits). Adjustments for changes in the number of credit hours will be made after September 4, 2009. Credit hours over 17, if any, will be billed after the drop and add period (September 4).

SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

November-09

CATEGORY              UTILITIES

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|------|--------|-------|---------|----------|---------|
| 11/1/2009 | $ 358.43 | FPL | ELECTRIC VIA ROSINA | CHECK 5078 | 1 |
| 11/1/2009 | $ 47.17 | FPL | ELECTRIC APT IN MELBOURNE | CHECK 5079 | 2 |
| 11/1/2009 | $ 154.63 | AT&T | CELL PHONE KRYSTINA | CHECK 5066 | 3 |
| 11/1/2009 | $ 59.82 | TOWN OF JUPITER | WATER BILL | CHECK 5088 | 4 |
| 11/1/2009 | $ 111.26 | BRIGHTHOUSE | CABLE MELBOURNE APT | AMERICAN EXPRESS | 5 |
| 11/1/2009 | $ 53.43 | AT&T | HOME PHONE | CHECK 5065 | 6 |
| 11/1/2009 | $ 130.59 | COMCAST | CABLE VIA ROSINA | CHECK 5075 | 7 |
| 11/3/2009 | $ 14.95 | AOL | INTERNET SVS | AMERICAN EXPRESS | 8 |
| 11/20/2009 | $ 201.26 | VERIZON | CELL BILL ALAN,DEBBIE,ASH | AMERICAN EXPRESS | 9 |

$ 1,131.54



Florida Power & Light
PO Box 025576
Miami, FL 33102

4516067564414083485300000

/    27

Please request changes on the back.
Notes on the front will not be detected.

The amount enclosed includes the following donation:

FPL Care To Share                           $ _____

B    2,3,4,7,8    4516 8

AUTO **CO 5820
106035

ALAN FRANCIOSI
175 VIA ROSINA
JUPITER FL 33458-6934



Make check payable to FPL in U.S. funds
and mail along with this coupon to:

FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

| Account number | Total amount you owe | New charges due by | Amount enclosed |
|---|---|---|---|
| 4140 | $358.43 | Nov 11 2009 | $ |

## Your electric statement

**For:** Sep 22 2009 to Oct 21 2009 (29 days)
Customer name: ALAN FRANCIOSI
Service address: 175 VIA ROSINA

**Account number:** 4140

Statement date:        Oct 21 2009
Next meter reading:   Nov 19 2009

| Amount of your last bill | Payments (-) | Additional activity (+ or -) | Balance before new charges (=) | New charges (+) | Total amount you owe (=) | New charges due by |
|---|---|---|---|---|---|---|
| 344.89 | 344.89 CR | 0.00 | 0.00 | 358.43 | $358.43 | Nov 11 2009 |

**Meter reading** - Meter 5C84331

| | |
|---|---|
| Current reading | 89389 |
| Previous reading | - 86593 |
| kWh used | 2796 |

**Energy usage**

| | Last Year | This Year |
|---|---|---|
| kWh this month | 2127 | 2796 |
| Service days | 29 | 29 |
| kWh per day | 73 | 96 |

**The electric service amount includes the following charges:**

| | |
|---|---|
| Customer charge: | $5.52 |
| Fuel: | $167.57 |
| (First 1000 kWh at $0.053510) | |
| (Over 1000 kWh at $0.063510) | |
| Non-fuel: | $148.73 |
| (First 1000 kWh at $0.046330) | |
| (Over 1000 kWh at $0.057010) | |

| FPL Budget Billing Deferred Balance |
|---|
| $330.84 |

| | |
|---|---|
| Amount of your last bill | 344.89 |
| Payment received - Thank you | 344.89 CR |
| Balance before new charges | $0.00 |

**New charges** (Rate: RS-1 RESIDENTIAL SERVICE)

| | |
|---|---|
| Electric service amount | 321.82** |
| Storm charge | 1.17 |
| Gross receipts tax | 8.28 |
| Franchise charge | 20.27 |
| Utility tax | 12.05 |
| Actual electric charges | 363.59 |
| Budget billing charges | $358.43 |

**Total amount you owe**       $358.43

- Payment received after **November 11, 2009** is considered **LATE**; a late payment charge of **1.50%** will apply and your account may be subject to an adjusted deposit billing.
- FPL is planning to add a new power plant in Nov-Dec which will result in a base rate adjustment and lower fuel charges. The regularly scheduled change to the storm surcharge adjustment will also change then. To learn more visit www.FPL.com/ratechanges or call 800-226-3545.

Please have your account number ready when contacting FPL.

| | |
|---|---|
| Customer service: | (561) 697-8000 |
| Outside Florida: | 1-800-226-3545 |
| To report power outages: | 1-800-4OUTAGE (468-8243) |
| Hearing/speech impaired: | 711 (Relay Service) |
| Online at: | www.FPL.com |

Florida Power & Light Company
PO Box 025576
Miami, FL 33102



Florida Power & Light Company
PO Box 025576
Miami, FL 33102

/   27

2215342817504007174000000

Please request changes on the back.
Notes on the front will not be detected.

The amount enclosed includes the following donation:
FPL Care To Share                         $ _____

B    2,3,4,7,8    2215 0

AUTO **C0 5820
119557

ALAN FRANCIOSI
175 VIA ROSINA
JUPITER FL 33458-6934

*Exhibit 2*

Make check payable to FPL in U.S. funds
and mail along with this coupon to:

FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

| Account number | Total amount you owe | New charges due by | Amount enclosed |
|---|---|---|---|
| ████5040 | $47.17 | Nov 10 2009 | $ |

Account number: ████5040

## Your electric statement

For: Sep 21 2009 to Oct 20 2009 (29 days)
Customer name: ALAN FRANCIOSI
Service address: 131 CYPRESS BROOK CIR APT 911

Statement date:    Oct 20 2009
Next meter reading:    Nov 18 2009

| Amount of your last bill | Payments (-) | Additional activity (+ or -) | Balance before new charges (=) | New charges (+) | Total amount you owe (=) | New charges due by |
|---|---|---|---|---|---|---|
| 47.30 | 47.30 CR | 0.00 | 0.00 | 47.17 | $47.17 | Nov 10 2009 |

**Meter reading** - Meter 5C89281

| | |
|---|---|
| Current reading | 52115 |
| Previous reading | - 51716 |
| kWh used | 399 |

**Energy usage**

| | |
|---|---|
| kWh this month | 399 |
| Service days | 29 |
| kWh per day | 14 |

**\*\*The electric service amount includes the following charges:**

| | |
|---|---|
| Customer charge: | $5.52 |
| Fuel: | $21.35 |
| (First 1000 kWh at $0.053510) | |
| (Over 1000 kWh at $0.063510) | |
| Non-fuel: | $18.49 |
| (First 1000 kWh at $0.046330) | |
| (Over 1000 kWh at $0.057010) | |

| | |
|---|---|
| Amount of your last bill | 47.30 |
| | 47.30CR |
| Payment received - Thank you | $0.00 |
| Balance before new charges | |
| **New charges** (Rate: RS-1 RESIDENTIAL SERVICE) | |
| Electric service amount | 45.36** |
| On call credit | 4.50CR |
| Storm charge | 0.17 |
| Gross receipts tax | 1.05 |
| Franchise charge | 2.52 |
| Utility tax | 2.57 |
| Total new charges | $47.17 |
| **Total amount you owe** | $47.17 |

- Payment received after **November 10, 2009** is considered **LATE**; a late payment charge of **1.50%** will apply and your account may be subject to an adjusted deposit billing.
- FPL is planning to add a new power plant in Nov-Dec which will result in a base rate adjustment and lower fuel charges. The regularly scheduled change to the storm surcharge adjustment will also change then. To learn more visit www.FPL.com/ratechanges or call 800-226-3545.

Pd ck 5079

Please have your account number ready when contacting FPL.
Customer service:    (321) 723-7795
Outside Florida:    1-800-226-3545
To report power outages:    1-800-4OUTAGE (468-8243)
Hearing/speech impaired:    711 (Relay Service)
Online at:    www.FPL.com


Florida Power & Light Company
PO Box 025576
Miami, FL 33102


# at&t

| | |
|---|---|
| Page: | 1 of 5 |
| Billing Cycle Date: | 09/11/09 - 10/10/09 |
| Account Number: | ▓▓▓▓▓3820 |



**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Number with Rollover**
▓▓▓▓▓ - 4,695 Minutes

| | |
|---|---|
| Previous Balance | 159.11 |
| Payment Posted | -159.11 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 130.98 |
| Usage Charges | 0.00 |
| Credits/Adjustments/Other Charges | 3.41 |
| Government Fees & Taxes | 20.24 |
| **TOTAL CURRENT CHARGES** | **154.63** |
| Due Nov 05, 2009 | |
| Late fees assessed after Nov 10 | |

| **Total Amount Due  $154.63** |
|---|

## Add a Line with Family Talk from AT&T

Available with 2-line FamilyTalk(R) Nation(R) plans starting at S69.99.
To sign up call 800-909-7011 or visit att.com/addaline.



---

Return the portion below with
payment only to AT&T Mobility.

✂ - - - - - - - - - - - - - - - - - - - -

*PO Box 772349*
*Ocala, FL 34477-2349*

#BWNJSZT
#105230251338207#
 AV 01  030028  48696H138  A**5DGT
KRYSTINA FRANCIOSI
175 VIA ROSINA
JUPITER, FL 33458-6934

| | |
|---|---|
| Account Number: | ▓▓▓▓3820 |
| Total Amount Due: | $154.63 |
| Amount Paid: | |
| | $ |

*Please do not send correspondence with payment.*

☐  Yes, enroll me in AutoPay
    Signature required on reverse

**Total Amount**
**Due by Nov 05, 2009**

Please Mail Check Payable To:

AT&T Mobility
PO BOX 536216
ATLANTA, GA 30353-6216

9230▓▓▓▓▓▓3820000000000015463000000015463000

Page 1 of 1

**Town of Jupiter**
210 Military Trl.
PO Box 8900
Jupiter, FL 33468-8900
www.jupiter.fl.us/water
Pay your bill online at www.jupiter.fl.us

TOWN OF JUPITER
UTILITIES

Contact Inquiries
Monday-Thursday 7:30 am - 5:30 pm
Friday 8:00 am - 5:00 pm

Customer Service (561) 741-2300
Emergencies (561) 741-2609



EXHIBIT 4

### ACCOUNT INFORMATION

| | |
|---|---|
| **ACCOUNT:** | ●●●●●-71592 |
| CUSTOMER NAME: | ALAN FRANCIOSI |
| SERVICE ADDRESS: | 175 VIA ROSINA |
| CYCLE/ROUTE: | 20/02 |
| BILLING DATE: | 10/14/2009 |
| **CURRENT ACTIVITY DUE:** | 11/09/2009 |

| Last Bill | Payments (Credits) | Adjustments | Balance Forward | Current Activity | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 58.76 | -58.76 | 0.00 | 0.00 | 59.82 | 59.82 |

### METER INFORMATION

| Service Period: | 09/14/2009 to 10/13/2009 | | # Days: | 029 |
|---|---|---|---|---|
| Meter # | Service | Previous Read | Current Read | Consumption |
| 53911340 | W | 4975.00 | 5134.00 | 15.90 |

### ACCOUNT ACTIVITY

| | | | |
|---|---|---|---|
| LAST BILL | | | 58.76 |
| PAYMENT(S) SINCE LAST BILL | | | -58.76 |
| ADJUSTMENTS | | | 0.00 |
| **BALANCE FORWARD** | | | 0.00 |

| CURRENT ACTIVITY | CONS. | RATE/ 1,000 | AMOUNT |
|---|---|---|---|
| GARBAGE COLLECTION | | | 3.35 |
| GARBAGE COLLECTION | | | 2.33 |
| RECYCLING COLLECTION | | | 1.51 |
| RECYCLING COLLECTION | | | 1.05 |
| YARD WASTE | | | 2.00 |
| YARD WASTE | | | 1.39 |
| STORMWATER | | | 4.37 |
| 5/8" BASE CHARGE | | | 17.70 |
| WATER CHARGE 0-6 | 6.00 | 1.10 | 6.60 |
| WATER CHARGE 6-14 | 8.00 | 1.50 | 12.00 |
| WATER CHARGE 14-30 | 1.90 | 2.65 | 5.04 |
| UTILITY TAX 6% | | | 2.48 |
| **CURRENT ACTIVITY (DUE 11/09/2009)** | | | 59.82 |

| **ACCOUNT BALANCE** | | 59.82 |
|---|---|---|

pd ck
5082

### IMPORTANT MESSAGE

"To respond to industry-wide changes in utility operational costs, the Jupiter Town Council will consider the application of the US Dept of Labor Water and Wastewater Index to water rates on October 6,2009 and October 20,2009 at 7:00 PM in the Council Chambers at 210 Military Trl, Jupiter, FL (Jupiter Town Hall.) All customers are welcome to attend.
*PSC PROPERTY APPRAISER AT TOWN HALL 1ST WEDS OF EVERY MONTH 11 AM TO 12 NOON. HELP W/HOMESTEAD & TAX QUESTIONS.
*JUPITER POLICE REMIND YOU TO LOCK CARS, HOMES AND SECURE ALL VALUABLES.
*KOOKY-NOT SO SPOOKY-HALLOWEEN!! JUPITER COMMUNITY CTR. FRI. OCT 30, 6 PM TO 9 PM. INFO 741-2400 OR WWW.JUPITER.FL.US

---

PLEASE FOLD ON PERFORATION BEFORE TEARING - RETURN BOTTOM PORTION WITH YOUR PAYMENT



**Town of Jupiter**
PO Box 8900
Jupiter, FL 33468-8900

TOWN OF JUPITER
UTILITIES

MAKE CHECKS PAYABLE TO: TOWN OF JUPITER
Please do not staple or tape your payment to the remittance.

☐ Check Here For Address Change and make changes below.

**Account Number:** ●●●●●71592          20/02

**Service Address:** 175 VIA ROSINA

| DUE DATE: | 11/09/2009 |
|---|---|
| **ACCOUNT BALANCE:** | 59.82 |
| **AMOUNT ENCLOSED:** | |

```
**AUTO**5-DIGIT 33458 1 PSS 56673AA14-A-1
231 1 AV 0-335
```

ALAN FRANCIOSI
175 VIA ROSINA
JUPITER FL 33458-6934

TOWN OF JUPITER
PO BOX 8900
JUPITER FL 33468-8900



755500007159200000059820

9447 - 1OZ PRICSI        bhe=1

| | |
|---|---|
| **Total Balance Due** | **Payment Due Date** |
| $111.28 | 11/12/09 |

**Account Number** ████66-09
Online Banking Account # ████6096

# bright house
NETWORKS

Customer Code: 4346

**MR ALAN FRANCIOSI**
*Address at which service is provided:*
131 CYPRESSBROOK CIR
APT 911
MELBOURNE, FL 32901-8734

This statement reflects payments received through: 10/19/09
Monthly Service Period: 10/30/09 - 11/29/09

### ACCOUNT SUMMARY
| | |
|---|---|
| Previous Balance | 82.45 |
| Total Payments Received | - 82.45 |
| Total Current Charges *(see reverse side for details)* | 111.26 |
| TOTAL BALANCE DUE | 111.28 |

Thank you for subscribing to Bright House Networks.
We bring you new channels, new technology and a renewed commitment to service.
We appreciate your business.

A late fee of $5.50 will appear on your next statement unless payment is received by the due date.

DO NOT PAY, YOUR ACCOUNT WILL BE CHARGED ON YOUR DUE DATE



*Did you know that by already subscribing to Interactive TV
you have access to FREE On Demand programming?
Programs from all your favorite networks are available on your
schedule, plus, exclusive On Demand programming
you can't get from any other provider, like News 13 on Demand.*

*With Bright House Networks Home Phone, you get unlimited
local and long distance in the U.S., Puerto Rico and Canada
for one low price. Now when you have Home Phone service with
Bright House Networks + Road Runner, you can get Caller ID on PC
FREE. Need Home Phone? Call 1-877-892-3279 to order.*

*Thank you for being a customer of Bright House Networks!
We appreciate your business.*

*Easy ways to pay:*    cfl.brighthouse.com    Mail

Please enclose this coupon with your payment. Do not send cash. Write your account number on your check or money order and make payable to: Bright House Networks

# bright house
NETWORKS

720 S MAGNOLIA AVE
MELBOURNE, FL 32935-6497

**Account Number:** ████6-09   **Due Date:** 11/12/09   **Balance Due:** $111.28

**See reverse side:**

To enroll in EASYpay *or* to make credit card payments

Check here if selecting one of these payment options ☐

19444 1 MB 0.382
*********AUTO**MIXED AADC 600    012246 9486
ALAN FRANCIOSI
175 VIA ROSINA
JUPITER FL 33458-6934

BRIGHT HOUSE NETWORKS
P.O. BOX 31173
TAMPA, FL 33631-3173



0004 ████████0660960011126

ALAN FRANCIOSI
175 VIA ROSINA
JUPITER     FL 33458-6934

**Page** 1 of 3
**Account Number** 0450
**Billing Date** Oct 19, 2009

**Web Site** att.com



# at&t

*Exhibit 6* (handwritten)

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 60.07 |
| Payment Received 10-05 Thank You! | 60.07CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 53.43 |
| **Total Amount Due** | **$53.43** |
| Amount Due in Full by | Nov 10, 2009 |

## Billing Summary

| Questions? Visit **att.com** | Page | |
|---|---|---|
| Plans and Services | 1 | 31.39 |
|   1 888 757-6500 | | |
|   PIN | | |
| Repair Service: | | |
|   611 | | |
| AT&T Long Distance Service | 2 | 22.04 |
|   1 888 757-6500 | | |
| **Total Current Charges** | | **53.43** |

## AT&T Benefits

• Thank you for choosing a package plan tailored for your needs.
AT&T lets you choose how, when and where you communicate.

## Plans and Services

**Promotions and Discounts**

| Item No. | Description | |
|---|---|---|
| 1. | AT&T Bundles℠ Savings | 2.00CR |

**Monthly Service - Oct 19 thru Nov 18**

| | | |
|---|---|---|
| 2. | 2 Pack | 24.00 |
| | 2 Pack | |
| | Call Waiting ID | |
| | Caller-ID Name-Number Delivery | |
| | Anonymous Call Blocking | |
| 3. | AT&T Bundle℠ Savings | 3.00CR |
| **Total Monthly Service** | | **21.00** |

**Additions and Changes to Service**

This section of your bill reflects charges and credits resulting
from account activity.

| Item No. | Description | Quantity | Monthly Rate | Amount Billed |
|---|---|---|---|---|
| Activity on Sep 30, 2009 | | | | |
| Your bill reflects a credit | | | | |
| for a change in rates for: | | | | |
| (Monthly Charges are prorated from | | | | |
| Oct 1, 2009 through Oct 18, 2009) | | | | |
| 4. | Federal Universal Service Fee | 1 | .04 | .02CR |

**Directory Assistance**

**411**

| | | |
|---|---|---|
| 5. | 1 Call(s) billed at $1.50 each | 1.50 |

3244.10.416.141186 1 AV 0.335

ııljılıllıllılılıllıllıllıllıllıllıllıllıllıllıll

ALAN FRANCIOSI
175 VIA ROSINA
JUPITER FL  33458-6934



*pd ck* (handwritten)
*5065* (handwritten)

Thank you for being a valued AT&T customer! When you send us a check as payment, you give a one time authorization to clear your check electronically. Electronic payments may clear the same day we receive the payment. Your original check will not be returned. If we cannot post the transaction electronically, we will present an image copy of your check for payment. If you do not wish to participate in AT&T's check conversion program please call 1.800.231.2021. If you want to save time and stamps, sign-up for auto payment at www.att.com/stoppaper using your checking account or credit card. It's easy, secure, and convenient!

 **comcast**

| | |
|---|---|
| Account Number | ████████-01-4 |
| Billing Date | 10/11/09 |
| Total Amount Due | $130.59 |
| Payment Due by | 11/01/09 |
| | Page 1 of 2 |

Contact us: www.comcast.com  561-655-3842

**ALAN FRANCIOSI**

For service at:
175 VIA ROSINA
JUPITER FL 33458-6934

## News from Comcast

| | |
|---|---|
| Previous Balance | 130.57 |
| Payment - 10/02/09 - thank you | -130.57 |
| New Charges - *see below* | 130.59 |
| **Total Amount Due** | **$130.59** |
| Payment Due by | 11/01/09 |

| | |
|---|---|
| Comcast Cable Television | 119.80 |
| Taxes, Surcharges & Fees | 10.79 |
| Total New Charges | $130.59 |

011023 1/1



---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

 **comcast**

10435 IRONWOOD ROAD
PALM BEACH GARDENS FL 33410-4286

AV 01 011023 49746B 28 A**5DGT
ALAN FRANCIOSI
175 VIA ROSINA
JUPITER FL 33458-6934

| | |
|---|---|
| Account Number | ████████1-01-4 |
| Payment Due by | **11/01/09** |
| Total Amount Due | $130.59 |
| Amount Enclosed | $ |

Make checks payable to Comcast

COMCAST
PO BOX 105184
ATLANTA GA 30348-5184

 11 01 4    2 0013059    39

| | |
|---|---|
| Transaction Date: | 11/03/2009 Tue |
| Transaction Description: | AOL SERVICE 800-827-6364<br>ASSIST.AOL.COM |
| Cardmember Name: | ALAN FRANCIOSI |
| Amount $: | 14.95 |
| Doing Business As: | AOL SERVICE |
| Merchant Address: | 22000 AOL WAY<br>DULLES<br>VA<br>STERLING<br>20166-9302<br>UNITED STATES |
| Reference Number: | 320093070169196656 |
| Category: | Communications - Other Telecomm |

iNterNeT SVS

EXhibit #8

P.O. BOX 105378
ATLANTA, GA 30348

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Verizon at www.verizonwireless.com | ⬛⬛⬛ -00001 | 11/21/09 |
| | Invoice Number | 6336790592 |

KEYLINE
/3345869345/

ALAN R FRANCIOSI
175 VIA ROSINA
JUPITER, FL 33458–6934

## Quick Bill Summary          Sep 27 – Oct 26

| | |
|---|---|
| Previous Balance (see back for details) | $233.24 |
| Payment – Thank You | –$233.24 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $141.13 |
| Usage Charges | |
| Voice | $1.49 |
| Data | $35.36 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $5.01 |
| Taxes, Governmental Surcharges & Fees | $18.27 |
| **Total Current Charges** | **$201.26** |

### Total Charges Due by November 21, 2009          $201.26

**Change to Your Service**
*This bill includes monthly access charges for your next bill cycle.
*Due to your recent plan or feature change, this bill may include adjustments to your monthly access charges.
*Usage charges are for your voice, TXT/PIX/FLIX and data usage from your last bill cycle.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

VE

ALAN R FRANCIOSI
175 VIA ROSINA
JUPITER, FL 33458–6934

Bill Date            October 26, 2009
Account Number       ⬛⬛⬛-00001
Invoice Number       6336790592

## Total Amount Due

will be submitted to credit card on 11/20/09
DO NOT MAIL PAYMENT                                      $201.26

PO BOX 660108
DALLAS, TX 75266–0108

/7526601085/

Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.

633679059201⬛⬛⬛000010000201260000201268

SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

November-09

CATEGORY                    VEHICLE EXPENSES

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|------|--------|-------|---------|----------|---------|
| 11/11/2009 | $ 51.65 | ECONOMY TIRE OF JUPITER | REPAIR TIRE ON ASHLEY TRUCK | AMERICAN EXPRESS | 1 |
| 11/6/2009 | $ 70.00 | MAXIMUM DIVE SERVICE | BOTTOM CLEAN BOAT | CHECK 5095 | 2 |
| 11/1/2009 | $ 550.11 | EXXON | FUEL CARS | CHECK 5077 | 3 |
| 10/28/2009 | $ 10.00 | SUNPASS | TOLLS | AMERICAN EXPRESS | 4 |
| 10/31/2009 | $ 40.00 | SUNPASS | TOLLS | AMERICAN EXPRESS | 5 |
| 11/6/2009 | $ 10.00 | SUNPASS | TOLLS | AMERICAN EXPRESS | 6 |
| 10/30/2009 | $ 47.39 | HESS | FUEL CARS | AMERICAN EXPRESS | 7 |
| 11/1/2009 | $ 41.63 | BP | FUEL CARS | AMERICAN EXPRESS | 8 |
| 11/4/2009 | $ 29.31 | HESS | FUEL CARS | AMERICAN EXPRESS | 9 |
| 11/21/2009 | $ 36.20 | HESS | FUEL CARS | AMERICAN EXPRESS | 10 |
| 11/23/2009 | $ 40.00 | SUNPASS | TOLLS | AMERICAN EXPRESS | 11 |
| 10/29/2009 | $ 58.12 | HESS | FUEL CARS | AMERICAN EXPRESS | 12 |
| 11/9/2009 | $ 41.07 | BP | FUEL CARS | AMERICAN EXPRESS | 13 |
| 11/14/2009 | $ 50.99 | HESS | FUEL CARS | AMERICAN EXPRESS | 14 |
| 11/20/2009 | $ 45.14 | BP | FUEL CARS | AMERICAN EXPRESS | 15 |
| 11/25/2009 | $ 220.42 | SHELL | FUEL CARS | CHECK 5096 | 16 |
| | $1,342.03 | | | | |

Invoice #109018

ECONOMY TIRE JUPITER
621 ALTERNATE A1A
JUPITER FL 33458
561-746-1011

# ECONOMY TIRE OF JUPITER

621 Alt A1A, Jupiter, FL 33477

Phone: 561-746-1011

TERMINAL ID :                72873888

MERCHANT #:        389207060011334

*Registr. #:  MV-42868.   Thank You for Your Business.*

AMEX
***********1027           %
SALE
BATCH: 000577
INVOICE: 011470
NOV 11, 09           13:13
RRN: 931520403560
AUTH NO: 189973

TOTAL          $51.65

THANK YOU!!

| | Invoice | Additional Information | |
|---|---|---|---|
| Date: | 11/11/2009 | Acct Number: | |
| Reference: | 109018 | Work Order#: | W-340896 |
| PO Number: | | Entered By: | Chris Cray |
| Salesperson: | Chris Cray | Mechanic: | 20/13 |
| Offer Code: | | Telephone #: | 635-1716 |

.ADE                Lic No:              Mileage:  89943
                    Desc:

| Qty | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1.00 | INSIDE PATCH/FLAT REPAIR | 20.00 | 20.00 |
| 1.00 | TIRE COMPUTER BALANCE | 12.50 | 12.50 |
| 1.00 | PATCH L/F TIRE | 0.00 | 0.00 |
| 1.00 | TIRE ROTATION | 16.00 | 16.00 |
| 1.00 | CHECK & SET PROPER AIR PRESSURE . | 0.00 | 0.00 |
| | ALL ALUMINUM RIMS ARE HAND TORQED | 0.00 | 0.00 |
| | Cash Customer | Subtotal: | 48.50 |
| | | FL Sales Tax: | 3.15 |
| | Terms: N/A | Total: | $51.65 |

11/11/2009 - Payment # 340930 American Express:    51.65

Balance:    $0.00

**PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:**

I UNDERSTAND THAT, UNDER LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.
___ I REQUEST A WRITTEN ESTIMATE.
___ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
___ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNATURE _____ DATE _____

Labor Charges are Based on: [ ]  Flat Rate _____  Hourly Rate _____
Charge for Estimate is _____/ hour, with a Minimum Charge of $_____
All Parts are New Unless Otherwise Specified/Retain Replaced Parts: [ ] Yes [ ] No
Method of Payment
[ ] Cash  [ ] Check  [ ] Credit Card  [ ] Account  [ ] Other _____
2nd Person Who May Authorize Repairs & Phone #

● Storage charges are $_____ per day after 3 working days after notification that repairs are completed.
● Guarantee shall be _____ miles or _____ days unless otherwise provided in writing.

Proposed Completion Date: _____

Original Estimate: $ _____  Date: _____  Time: _____

Remember rotate tires every 3000 miles & check air pressure



**MAXIMUM DIVING SERVICES, INC.**
1800 SE Madison St.
Stuart, FL 34997

772-286-5140    Fax    772-220-0543

E-mail    cathie@maximumdiving.com

| | Invoice | |
|---|---|---|
| **Invoice** | | |
| Date | Invoice # | |
| 11/6/2009 | 3889 | |

**Bill To**

Franciosi, Alan
175 Via Rosina
Jupiter, FL 33457

*Exhibit 2*

| Terms | Job/Boat Name |
|---|---|
| Due Immediately on Receipt | My 3 Girls |

| Quantity | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| 40 | | 1.75 | 11/6/2009 | 70.00 |

*Pd ck 5095*

Visit our web site at    www.maximumdiving.com

Thank you. We appreciate your business.

**Total**  $70.00

| | | | | | |
|---|---|---|---|---|---|
| PROPS | [ ] Light | [✓] Med. | [ ] Heavy | Haul Out [ ] | |
| WATERLINE | [ ] Light | [✓] Med. | [ ] Heavy | [ ] Damage (See Notes) | |
| HULL | [ ] Light | [✓] Med. | [ ] Heavy | | |
| BOW THRUSTER | [ ] Light | [ ] Med. | [ ] Heavy | | |

NOTES: _____

MISC _____

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH LIMIT | |
|---|---|---|---|
| 1369 | 566 | 150 | |
| TOTAL AVAILABLE CREDIT | 417 | CASH AVAILABLE | 150 |

**EXXON Mobil**

SEND INQUIRIES TO:
CREDIT CARD CENTER
P.O. BOX 688940
DES MOINES, IA 50368-8940
TELEPHONE: 1-800-344-4355



## IMPORTANT NOTICE OF CHANGES IN ACCOUNT TERMS, RIGHT TO OPT OUT AND INFORMATION UPDATE

THE EFFECTIVE DATE FOR THE FOLLOWING CHANGES IS
12/15/2009.

WE ARE CHANGING ACCOUNT TERMS, INCLUDING INCREASING THE CASH ADVANCE AND DEFAULT APRS, HOW WE MAY OFFER YOU PROMOTIONAL TERMS, HOW WE DETERMINE FINANCE CHARGES, INCREASING THE CASH ADVANCE FEE, THE LATE FEE, THE RETURNED PAYMENT FEE, AND THE RETURNED CONVENIENCE CHECK FEE, HOW WE CHANGE THE TERMS OF YOUR AGREEMENT WITH US, PROVIDING PAYMENT REQUIREMENTS, AND PROVIDING A DESCRIPTION OF OUR PAY BY PHONE SERVICE. PLEASE READ THE ENCLOSED CHANGE IN TERMS, RIGHT TO OPT OUT, AND INFORMATION UPDATE NOTICE.

YOU CAN OPT OUT OF SOME OF THE CHANGES LISTED ABOVE, INCLUDING THE APR AND FEE INCREASES BY CALLING US TOLL FREE AT 877-305-1985. YOU MUST DO SO BY 01/09/2010. HOWEVER, YOU MAY NOT OPT OUT OF THESE CHANGES IF YOU BECOME 60 DAYS LATE. IF YOU OPT OUT, YOU CAN PAY DOWN YOUR OUTSTANDING BALANCE UNDER YOUR CURRENT TERMS. HOWEVER, YOU WILL NO LONGER BE ABLE TO USE YOUR ACCOUNT FOR PURCHASES OR OTHER ADVANCES, BECAUSE YOUR ACCOUNT WILL BE CLOSED WHEN YOU OPT OUT. THIS MESSAGE AND THE ENCLOSED NOTICE ARE OUR NOTICE TO YOU ABOUT THESE CHANGES.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 287.60 | 287.60 CR | 550.11 | .00 | .00 | .00 | 550.11 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | | | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|---|
| 10-14-09 | N/A | | | .00 | 10.00 |

### SCHEDULE OF FINANCE CHARGES

| | DAILY PERIODIC RATE | CORRESPONDING APR | MINIMUM FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | .05753 % (D) | 21.00 % | | .00 | .00 | |
| CASH ADVANCES | .05753 % (D) | 21.00 % | .00 | .00 | .00 | 30 |

Please see Transaction Description for finance charge information on any promotional balances.

6057    0048   LLG    1    7    9    091014                                9383   8022   EM01                        11132

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

0011132                                                    PLEASE KEEP THIS PORTION FOR YOUR RECORDS

Page 1 of 2                                                                XOMCONSLLG

---

**EXXON Mobil**

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 1369 | 10-14-09 |

| NEW BALANCE | MINIMUM PAYMENT DUE |
|---|---|
| 550.11 | 10.00 |

| PAYMENT DUE DATE |
|---|
| 11-11-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50361-0001

PLEASE MAKE CHECK PAYABLE TO EXXONMOBIL
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT                    15

FOR ADDRESS CORRECTION, INDICATE BELOW

0011132        09 159              N 7 287091 1 CE01

DEBRA FRANCIOSI
175 VIA ROSINA
JUPITER FL 33458-6934

☐ Check here to receive a FREE Speedpass™ device.

115    1369 0055011 0001000 0028760 0911

| ACCOUNT NUMBER | CREDIT LINE | CASH ADVANCE LIMIT |
|---|---|---|
| 1369 | 1,000 | 150 |
| TOTAL AVAILABLE CREDIT | CASH AVAILABLE | |
| 417 | 150 | |

EXXON  Mobil

SEND INQUIRIES TO:
CREDIT CARD CENTER
P.O. BOX 688940
DES MOINES, IA 50368-8940
TELEPHONE: 1-800-344-4355

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 10-06 | P9194008P09A0TWL8 | PAYMENT - THANK YOU | | 287.60 CR |
| | | | | |
| 09-18 | P9383008700XS1LTR | 3100 W OAKLAND PARK BLVD LAUDERDALE LA FL | PQ51180 | 49.92 |
| 09-19 | P9383008700Y0B4Q8 | 3950 INDIANTOWN RD JUPITER FL | QBE1307 | 20.10 |
| 09-23 | P9383008B00XWD2WS | 16299 BISCAYNE BLVD. NORTH MIAMI B FL | OER1128 | 41.30 |
| 09-28 | P9383008G00XW9B7S | 16299 BISCAYNE BLVD. NORTH MIAMI B FL | OER0067 | 41.30 |
| 10-06 | P9383008R00XW9MN0 | 16299 BISCAYNE BLVD. NORTH MIAMI B FL | OER0487 | 41.30 |
| 10-12 | P9383008Y00XSYRSB | 6661 INDIANTOWN ROAD JUPITER FL | MC00888 | 45.69 |
| | | TOTAL CARD 001 | | 239.61 ** |
| | | | | |
| 09-20 | P9383008800XSSGDY | 6661 INDIANTOWN ROAD JUPITER FL | RAH3737 | 47.18 |
| 09-28 | P9383008G00XSWYXW | 6661 INDIANTOWN ROAD JUPITER FL | RAH5947 | 46.95 |
| 10-13 | P9383008Z00Y24YK7 | 1240 N A1A INDIALANTIC FL | QDN8657 | 41.59 |
| | | TOTAL CARD 002 | | 135.72 ** |
| | | | | |
| 09-17 | P9383008500XV04RR | 6661 INDIANTOWN ROAD JUPITER FL | RAH4688 | 64.36 |
| 09-26 | P9383008E00XTR8SW | 3035 N MILITARY TRL WEST PALM BEA FL | M487772 | 52.30 |
| 10-02 | P9383008M00Y1BE2Y | 3950 INDIANTOWN RD JUPITER FL | QBE5196 | 58.12 |
| | | TOTAL CARD 003 | | 174.78 ** |

1322168701131310002

YNNN-YNNN-YNNN-NNNN

6057   0048   LLG   1   7   9   091014                    9383   8022   EM01                    11132



Exhibit 3



Transaction Date:          10/28/2009 Wed

Transaction Description:   SUNPASS OPERATIONS 888-8655352
                           TOLL & BRIDGE FEE

Cardmember Name:           ALAN FRANCIOSI

Amount $:                  10.00

Doing Business As:         SUN PASS MT

Merchant Address:          ATTN MICHAEL GAUCI
                           7941 GLADES RD
                           BOCA RATON
                           FL
                           BOCA RATON
                           33434-4115
                           UNITED STATES

Reference Number:          32009302011 18140203

Category:                  Transportation - Tolls & Fees

*TOllS*

*Exhibit 4*

| | |
|---|---|
| Transaction Date: | 10/31/2009 Sat |
| Transaction Description: | SUNPASS OPERATIONS 888-8655352 TOLL & BRIDGE FEE |
| Cardmember Name: | ALAN FRANCIOSI |
| Amount $: | 40.00 |
| Doing Business As: | SUN PASS MT |
| Merchant Address: | ATTN MICHAEL GAUCI 7941 GLADES RD BOCA RATON FL BOCA RATON 33434-4115 UNITED STATES |
| Reference Number: | 320093050149207078 |
| Category: | Transportation - Tolls & Fees |

TOLLS

EXHIBIT 5

| | |
|---|---|
| Transaction Date: | 11/06/2009 Fri |
| Transaction Description: | SUNPASS OPERATIONS 888-8655352 TOLL & BRIDGE FEE |
| Cardmember Name: | ALAN FRANCIOSI |
| Amount $: | 10.00 |
| Doing Business As: | SUN PASS MT |
| Merchant Address: | ATTN MICHAEL GAUCI 7941 GLADES RD BOCA RATON FL BOCA RATON 33434-4115 UNITED STATES |
| Reference Number: | 320093110211682342 |
| Category: | Transportation - Tolls & Fees |

10/30/09   8:13 AM
Term: JD12238035001
Appr: 528211
Seq#: 041981

PUMP# 05 CREDIT/
Unl Regula@ $2.699
VOLUME      17.56 G..

GAS TOTAL      $47.
American Express
XXXXXXXXXXX1027

10/30/2009 08:10:0...

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

THANK YOU FOR
SHOPPING AT HES...

Exhibit 7

Exhibit 9

Hess 09551
3500 S Babcock St
elbourne, FL 32901
--------------------

1/4/09    8:02 AM
erm: JD12238035001
PPr: 547317
:eq#: 045017

PUMP# 02 CREDIT/
Unl Regula@ $2.699/G
VOLUME     10.86 GAL

GAS TOTAL      $29.31
American Express
XXXXXXXXXXX1027

11/04/2009 08:00:31

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

THANK YOU FOR
SHOPPING AT HESS

Exhibit 10

Hess 09551
3500 S Babcock St
Melbourne, FL 32901
--------------------

11/21/09   7:32 AM
Term: JD12238035001
Appr: 523655
Seq#: 055659

PUMP# 02 CREDIT/
Unl Regula@ $2.599/G
VOLUME     13.93 GAL

GAS TOTAL      $36.20
American Express
XXXXXXXXXXX1027

11/21/2009 07:29:48

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

THANK YOU FOR
SHOPPING AT HESS

WELCOME
08849085
JUPITER BP
5490 MILITARY TR
JUPITER          FL

TRAN # 10800097
DATE 11/01/09  09:06
PUMP # 08
PRODUCT: BLUE
GALLONS       14.715
PRICE         $ 2.829
FUEL SALE     $ 41.63

AMEX
XXXXXXXXXXX1027
Auth - 527242
Ref #698017
Resp Code: 000
Stan: 0171581232

SITE ID: 8849085

Earn a 5% rebate
with the BP Visa
Take application
and apply today

THANK YOU
HAVE A NICE DAY

Exhibit 8

| | |
|---|---|
| Transaction Date: | 11/23/2009 Mon |
| Transaction Description: | SUNPASS OPERATIONS 888-8655352 TOLL & BRIDGE FEE |
| Cardmember Name: | ALAN FRANCIOSI |
| Amount $: | 40.00 |
| Doing Business As: | SUN PASS MT |
| Merchant Address: | ATTN MICHAEL GAUCI 7941 GLADES RD BOCA RATON FL BOCA RATON 33434-4115 UNITED STATES |
| Reference Number: | 320093280387634730 |
| Category: | Transportation - Tolls & Fees |

Exhibit 13

Exhibit 14

Exhibit 15

```
   WELCOME
  08849085
 JUPITER BP
5490 MILITARY TR
 JUPITER      FL

TRAN # 10400022
DATE 11/09/09  16:14
PUMP # 04
PRODUCT: BLUE
GALLONS:      14.519
PRICE/G:    $  2.829
FUEL  SALE  $ 41.07

AMEX
XXXXXXXXXXX1001
Auth #: 583946
Ref: 46686024
Resp Code: 000
Stan: 0179611292

SITE ID: 8849085

Earn a 5% rebate
with the BP Visa
Take application
and Apply Today

    THANK YOU
  HAVE A NICE DAY
```

```
    Hess 09551
 3500 S Babcock St
Melbourne, FL 32901
--------------------

11/14/09    4:09 PM
Term: JD12238035001
Appr: 529376
Seq#: 051625

PUMP# 14 CREDIT/
Unl Regula@ $2.639/G
VOLUME        19.32 GAL

GAS TOTAL        $50.99
American Express
XXXXXXXXXXX1001

11/14/2009 16:06:13


I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

     THANK YOU FOR
    SHOPPING AT HESS
```

```
  WELCOME  TO
  OUR STORE
00008849085        JUPITER BP
5490 MILITARY TR    JUPITER FL


  DUPLICATE OUTDOOR RECEIPT

TRAN # 11201336
DATE 11/20/09  12:52
PUMP # 12
PRODUCT: BLUE
GALLONS:      16.186
PRICE/G:    $  2.789
FUEL  SALE  $ 45.14

AMEX
XXXXXXXXXXX1001
Auth #: 567822
Ref: 22631015
Resp Code: 000
Stan: 0190649417

SITE ID: 8849085

Earn a 5% rebate
with the BP Visa
Take application
and Apply Today

  THANKS,COME  AGAIN
```

Exhibit 12

```
    Hess 09551
 3500 S Babcock St
Melbourne, FL 32901
--------------------

10/29/09    4:49 PM
Term: JD12238035001
Appr: 507886
Seq#: 041598

PUMP# 08 CREDIT/
Unl Regula@ $2.699/G
VOLUME        21.53 GAL

GAS TOTAL        $58.12
American Express
XXXXXXXXXXX1001

10/29/2009 16:45:44


I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

     THANK YOU FOR
    SHOPPING AT HESS
```



CREDIT LINE 1,000
CASH ADVANCE LIMIT* 150
TOTAL AVAILABLE CREDIT 779
CASH AVAILABLE 150

SEND INQUIRIES TO:
SHELL CARD CENTER
P.O. BOX 689151
DES MOINES, IA 50368-9151
TELEPHONE: 1-800-331-3703
FAX: 1-515-226-4031

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 10-19 | P9194009409A0SGLH | PAYMENT - THANK YOU | | |
| 10-08 | P9366008S00Z7VQSL | | | 104.73 CR |
| 10-21 | P9366009700ZQ38ZD | 817 NW 6TH AVE FORT LAUDERDA FL | 0484253 | 30.72 |
| 10-30 | P9366009G00XV34A4 | 817 NW 6TH AVE FORT LAUDERDA FL | 0528778 | 14.33 |
| 10-30 | P9366009G00XV31RW | 4750 DONALD ROSS ROAD PALM BEACH GA FL | 0014928 | 1.25 |
| | | 4750 DONALD ROSS ROAD PALM BEACH GA FL | 0014902 | |
| | | TOTAL CARD 0002 | | 30.96 |
| 10-09 | P9366008W0108GA4L | 4750 DONALD ROSS ROAD PALM BEACH GA FL | | 77.26 – |
| 10-23 | P9366009A010LFGHA | 4750 DONALD ROSS ROAD PALM BEACH GA FL | 0826651 | 62.73 |
| | | | 0952218 | 16.89 |

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 104.73 | 104.73 CR | 220.42 | .00 | .00 | .00 | 220.42 |

CLOSING DATE 11-04-09  ANNUAL PERCENTAGE RATE N/A   OVERLIMIT AMOUNT .00   MINIMUM PAYMENT DUE 10.00

SCHEDULE OF FINANCE CHARGES

| | DAILY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | .05753 % | 21.00 % | .00 | .00 | .00 | 29 |
| CASH ADVANCES | .06846 % | 24.99 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057  0021  GSG  1  7  3  091104

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

0073349                                         9366  8014  SHAB                          73349

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

Page 1 of 2

SHLCONSGSG




PROCESSING CENTER
PO BOX 183018
COLUMBUS, OH 43218-3018

| ACCOUNT NUMBER -310 | CLOSING DATE 11-04-09 | PLEASE INDICATE AMOUNT PAID |
|---|---|---|
| NEW BALANCE 220.42 | MINIMUM PAYMENT DUE 10.00 | |
| | PAYMENT DUE DATE 12-02-09 | |

PLEASE MAKE CHECK PAYABLE TO SHELL
KINDLY RETURN THIS STUB AND WRITE YOUR ACCOUNT NUMBER ON THE PAYMENT

FOR ADDRESS CORRECTION, INDICATE BELOW



0073349   03 456789        N 7 308091 1 CH02        15

DEBRA L FRANCIOSI
175 VIA ROSINA
JUPITER FL 33458-6934

008  00073...310  0022042  0001000  0010473  031.A

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| XXXXXX-310 | 1,000 | 150 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 779 | 150 |



SEND INQUIRIES TO:
SHELL CARD CENTER
P.O. BOX 689151
DES MOINES, IA 50368-9151
TELEPHONE: 1-800-331-3703
FAX: 1-515-226-4031

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 10-24 | P9366009A010M749N | 4750 DONALD ROSS ROAD PALM BEACH GA FL | | |
| | | TOTAL CARD 0003 | 0959957 | 63.54 |
| | | | | 143.16 -- |

Fill it up this year with Shell Holiday Gift Cards.
Use your Shell Card to purchase Shell Gift Cards.
Available at participating Shell locations.

Switch to paperless statements & save yourself some clutter:
- Receive an email notification when your statement is ready
- View and download PDF's of current and past statements
(when available)
- Access your transaction information anytime
Sign-on at shellcreditcard.accountonline.com to switch today!

1282470801334500002

NNNY-YYYY-YNNN-NNNN

*The cash advance limit is a portion of your credit line.

6057    0021    GSG    1    7    3    091104

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

9366    8014    SHAB                73349

0073349

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

SHLCONSGSG



## Switch to Paperless Statements!

No stamps to buy. No mail to send. Less clutter in your mailbox.

- Access your transaction details 24/7
- Get email notification when your statement is ready
- View and download PDFs of current or past statements
(when available)

*Rest assured — we'll keep your personal information private.*

**Sign-on at www.shellcreditcard.accountonline.com to switch today!**

SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

November-09

CATEGORY | VEHICLE PAYMENTS |

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|------|--------|-------|---------|----------|---------|
| 11/1/2009 $ | 397.68 | SUNTRUST | CAR PAYMENT BMW | CHECK 5087 | 1 |
| 11/1/2009 $ | 689.47 | MERCEDES BENZ | CAR PAYMENT M/B | CHECK 5083 | 2 |
| 11/1/2009 $ | 432.94 | NISSAN MOTORS | CAR PAYMENT NISSAN | CHECK | 3 |

$  1,520.09



| PAYM'T NO | ACCOUNT NUMBER | DUE ON OR BEFORE | *ON TIME* PAYMENT |
|---|---|---|---|
| 16 OF 64 | 765 | NOV 17 09 | 397.68 |
| ALAN FRANCIOSI | | PAY AFTER | LATE PAYMENT |
| | | NOV 27 09 | 417.56 |

PLEASE ENTER AMOUNT PAID

SUNTRUST
CONSUMER LOAN PAYMENTS
PO BOX 791144
BALTIMORE MD    21279-1144

$

PAYMENT MUST BE RECEIVED ON OR BEFORE
THE DATE INDICATED TO AVOID LATE CHARGE.

COUPON MUST ACCOMPANY PAYMENT

0000039768 0000041756 5765 6

⑆530031756⑆ 5765

**Mercedes-Benz Financial**

10/16/2009

It is a pleasure to have you as part of the Mercedes-Benz family.

Help us to fine-tune our relationship with you by going to
MBUSA.com/yourprofile and completing your Owner Profile. Owners
Online, your resource for Mercedes-Benz ownership, will allow you to
get vehicle information, insider news and announcements, invitations
to Mercedes-Benz events and partner offers, Tele Aid services 24/7
and Mercedes-Benz Financial account information.

Let us go the extra mile for you. Log in today.

## Your Account Overview

| | |
|---|---|
| Account Number | ●●●●●223 |
| Vehicle Description | 2010 MERCEDES-B ML350W2 |
| Vehicle Identification Number | 4JGBB5GB9AA534144 |
| Contract Date | 10/03/2009 |
| Statement Date | 10/16/2009 |
| Statement Number | 2 of 36 |
| Lease End Date | 10/03/2012 |

### Earth-Friendly Payment Options

# Go Paperless!

### It's Secure, Simple and Environmentally Sound.

- Choose our Auto Pay feature and your monthly
  payments will be deducted automatically from
  your bank account.
- Or, select an eBill option that's right for you
  and turn off your paper statements.

Visit Mercedes-BenzFinancial.com and
click on the Go Paperless! button to get started.

### Thank You

We hope you're enjoying driving one of the world's finest luxury
vehicles, and we're pleased you've chosen to finance it with
Mercedes-Benz Financial.

We are committed to providing our customers with exceptional service,
unlike any other. If you have any questions, please contact us at
1-800-654-6222 or visit your local authorized Mercedes-Benz dealer.

## Your Account Activity

| Date | Description of Activity | Amount |
|---|---|---|
| 11/04/2009 | Current Rent | $650.44 |
| | Current Tax | $39.03 |
| 11/04/2009 | **Total Amount Due** | **$689.47** |

*Payments received after statement date are not reflected.*



Please see reverse side for important information on check conversion.

### Contact Us

**Web Address**     MercedesBenzFinancial.com
*Visit us online to review your account, make your payment or update your
personal information.*

**Client Care Center**     1-800-654-6222
Hours of Operation     Mon – Fri 9 am – 9 pm (ET)
     Sat 9 am – 6 pm (ET)

**Payment Mailing Address**     P. O. BOX 9001680
     LOUISVILLE, KY 40290-1680

16

Keep ✂
Return ✂

---

**Mercedes-Benz Financial**     Correspondence/Credit Dispute Address
P.O. BOX 685, ROANOKE, TX 76262

#BWNLBCF
#7002927223Q#

MB 01 012753 49352 B 48 A

DEBRA FRANCIOSI
131 CYPRESS BROOK CIR
#911
MELBOURNE, FL 32901-8734

## Mail Payment To:

*If payment not received by due date
you may be assessed a late charge.*

| | |
|---|---|
| **Account Number** | ●●●●●7223 |
| **Total Amount Due By** | 11/04/2009 |
| **Total Amount Due** | $689.47 |
| **Total Amount Paid** | $ |

Check box and note any address changes on back of this form

**Make Check Payable To: Mercedes-Benz Financial**
**Mail Payment To:**

MERCEDES-BENZ FINANCIAL
P. O. BOX 9001680
LOUISVILLE, KY 40290-1680

7223800000000000000000000000000000000000689471

 **Nissan Motor Acceptance Corporation**          MONTHLY LEASE STATEMENT



>08299 6056371 002 008143  DBSTNLL
DEBRA FRANCIOSI
175 VIA ROSINA
JUPITER, FL 33458-6934





SHIFT_ the way you move

### Your Lease Account Information

Statement Date              November 06, 2009
Account Number              ____97 397
Vehicle Description         09 NISSAN MAXIMA
                            1N4AA51E99C821480
Maturity Date               08/27/12

### Payment Information

| Description | Amount | Tax | Total |
|---|---|---|---|
| Current Rent Amount | $ 406.52 | $ 26.42 | $ 432.94 |

| | | | |
|---|---|---|---|
| **Total Amount Due** | | | **$ 432.94** |
| **Payment Due By** | | | **11/27/09** |

**The New Nissan Altima.**
"Highest Ranked Midsize Car in Initial Quality"
– J.D. Power and Associates, 2009

  **Go Paperless!**

Enroll in our new "e-Bill" payment option to receive and pay this bill online. To see if your bank participates, visit your bank's website.  Look for "Nissan Motor Acceptance Corp" under "Biller Name".  **Enroll today!**

*See reverse side for important notices and payment options.*      08299 6056371 008302 008302 00001/00001
Make checks payable to *Nissan Motor Acceptance Corporation or NMAC* and include your name and account number.

Please detach and return this coupon along with your payment.



Customer Name       DEBRA FRANCIOSI
Account Number      ____97 397
Payment Due By      11/27/09
Total Amount Due    $ 432.94

Amount Enclosed   $

☐ Changes?  If you are making changes to your address, check the box at left and complete the reverse side.
MAIL MONTHLY PAYMENTS TO:

**Nissan Motor Acceptance Corporation**
P.O. Box 650679
Dallas, TX  75265-0679

 Pay and manage your account online at:
**www.nissanfinance.com**

 **Call 1.800.606.6613**
To make a payment by phone.

**Call 1.800.777.7018**
For NMAC Customer Relations and general inquiries call weekdays from 7:00 A.M. to 7:00 P.M. CST.
Up-to-date information is available 24 hours a day.

25006100000973970000010043294 06

SCHEDULE OF HOUSEHOLD
CASH RECEIPTS AND CASH DISBURSEMENTS

November-09

CATEGORY                          OTHER

| DATE | AMOUNT | PAYEE | PURPOSE | PAY TYPE | EXHIBIT |
|------|--------|-------|---------|----------|---------|
| 11/3/2009 | $ 100.00 | ASHLEY FRANCIOSI | ALLOWANCE | CHECK 5064 | |
| 11/3/2009 | $ 100.00 | KRYSTINA FRANCIOSI | ALLOWANCE | CHECK 5082 | |
| 11/16/2009 | $ 100.00 | ASHLEY FRANCIOSI | ALLOWANCE | CHECK 5089 | |
| 11/16/2009 | $ 100.00 | KRYSTINA FRANCIOSI | ALLOWANCE | CHECK 5090 | |
| 11/3/2009 | $ 21.00 | NAIL MAX | PERSONAL CARE DEBBIE | AMERICAN EXPRESS | 1 |
| 11/10/2009 | $ 21.00 | NAIL MAX | PERSONAL CARE DEBBIE | AMERICAN EXPRESS | 2 |
| 11/22/2009 | $ 50.00 | NAIL MAX | PERSONAL CARE ASH, KRYSTINA | AMERICAN EXPRESS | 3 |
| 11/23/2009 | $ 21.00 | NAIL MAX | PERSONAL CARE DEBBIE | AMERICAN EXPRESS | 4 |
| 11/20/2009 | $ 60.00 | ATM WITHDRAW | POCKET MONEY FOR ALAN | WACHOVIA ATM | 5 |
| 10/28/2009 | $ 17.50 | DIRECT MKG | ONLINE REAL ESTATE TEST FOR DEB | AMERICAN EXPRESS | 6 |
| 11/27/2009 | $ 317.34 | AMERICAN EXPRESS | FLEXIBLE AMOUNT DUE | AMERICAN EXPRESS | SEE BILL |

$    907.84

```
        NAILS MAX
   3757 B8 MILITARY TRAIL
      JUPITER FL 33458
       561-741-4044

Merchant ID: 000003002287
Term ID: 00503800    Ref #: 0023


          Sale

**********1001
AMEX      Entry Method: Swiped

Total:        $      21.00

11/03/09              18:16:33
Inv #: 000023  Appr Code: 506026
Apprvd: Online    Batch#: 000200

           Customer Copy
```

```
        NAILS MAX
   3757 B8 MILITARY TRAIL
      JUPITER FL 33458
       561-741-4044

Merchant ID: 000003002287
Term ID: 00503800    Ref #: 0019


          Sale

**********1001
AMEX      Entry Method: Swiped

Total:        $      21.00

11/10/09              16:23:58
Inv #: 000019  Appr Code: 565747
Apprvd: Online    Batch#: 000207

           Customer Copy
```

```
        NAILS MAX
   3757 B8 MILITARY TRAIL
      JUPITER FL 33458
       561-741-4044

Merchant ID: 000003002287
Term ID: 00503800    Ref #: 0024


          Sale

**********1027
AMEX      Entry Method: Swiped

Total:        $      50.00

11/22/09              15:22:44
Inv #: 000024  Appr Code: 521705
Apprvd: Online    Batch#: 000219

           Customer Copy
```

```
        NAILS MAX
   3757 B8 MILITARY TRAIL
      JUPITER FL 33458
       561-741-4044

Merchant ID: 000003002287
Term ID: 00503800    Ref #: 0012


          Sale

**********1001
AMEX      Entry Method: Swiped

Total:        $      21.00

11/23/09              15:40:55
Inv #: 000012  Appr Code: 504455
Apprvd: Online    Batch#: 000220

           Customer Copy
```



## WACHOVIA

DATE: 11/20/09          TIME: 01:34PM
ATM : 7157              SEQ : 7666
685 S. BABCOCK ST
MELBOURNE          FL

CARD NUMBER:   ************6018

WITHDRAWAL FROM CRWN BANKING
   1********8989
   AMOUNT                  $60.00
   AVAILABLE BALANCE    $14321.14

800-WACHOVIA (922-4684)
Wachovia.com



Transaction Date:                    10/28/2009 Wed

Transaction Description:             INFORMED 800-547-030JACKSONVILLE
                                     DIRECT MKTG INTERNET
                                     Description
                                     COMMUNICATIONS

Cardmember Name:                     DEBRA FRANCIOSI

Amount $:                            17.50

Doing Business As:                   INFORMED 800-547-0308

Merchant Address:                    4828 BLANDING BLVD
                                     JACKSONVILLE
                                     FL
                                     JACKSONVILLE
                                     32210-7389
                                     UNITED STATES

Reference Number:                    320093010107722934

Category:                            Merchandise & Supplies - Internet Purchase

*REAL ESTATE LIC TEST*
*FOR DEBRA*

*EXHIBIT*
*(6)*

Continued on Page 3

Please fold on the perforation before detaching coupon with your payment

Do not staple or use paper clips

**Payment Coupon**

Account Number
-51001

**Payment Due Date:**
**12/21/09**

To Pay by Computer, visit:
americanexpress.com/pbc.

Enter account number on
all documents.
Make check payable to
American Express.

**New Balance**
**$ 19,547.10**

**Minimum Amount Due**
**$3,128.88**

DEBRA  FRANCIOSI
175   VIA   ROSINA
JUPITER   FL  33458-6934

See Finance Charges
section on reverse side for
a description of when
additional Finance
Charges are not assessed
on Features.

$

Amount enclosed

Check here if address or
phone number has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN   EXPRESS
PO  BOX  360001
FT  LAUDERDALE   FL   33336-0001

751001  001954710000312888  23  A